# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO.** |
| | § | |
| **ISRAEL CHAPA, JR.,** | § | **4:20-cr-26** |
| **VICTOR CAMACHO,** | § | |
| **ISAAC RODRIGUEZ,** | § | |
| **KHALID ABDULAZIZ,** | § | |
| **JAVIER CAVAZOS, III,** | § | |
| **ASHLEY GIDDENS,** | § | |
| **STEVE BARANOWSKI, III** | § | |
| **MARIO REYNA,** | § | |
| **FRANCISCO JACINTO,** | § | |
| **JESUS CALVO,** | § | |
| **DAVID BEDOLLA,** | § | |
| **HORACIO RODRIGUEZ, AND** | § | |
| **ASHLEY SANDOVAL,** | § | |
|     **Defendants.** | § | |

## SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### Introduction

At all times material to this Indictment:

1.    The Arms Export Control Act, Title 22, United States Code, Section 2778 ("AECA" or the "Act") authorized the President to control the export of defense articles and defense services from the United States. Unless a specific exception applies, the Act provided that no defense articles or defense services may be exported without a license for such export. 22 U.S.C. § 2778(b). The regulations promulgated pursuant to the Act were the International Traffic in Arms Regulations ("ITAR"), Title 22, Code of Federal Regulations, Sections 120 through 130. The United States Department of State, Directorate of Defense Trade Controls (the "DDTC") administered the ITAR and regulated the export of defense articles. Section 2778(c) of the AECA established criminal penalties for any willful violation of Section 2778 or any rule or regulation thereunder. Under Section 123.1 of the ITAR, any person who intended to export a defense article had to obtain the approval of the DDTC before such export occurred. Pursuant to the ITAR,

exporting, or attempting to export, a defense article from the United States without a license or written approval from the DDTC was unlawful. 22 C.F.R. § 127.1(a)(1). The ITAR defined exporting to include, among other things: "[s]ending or taking a defense article out of the United States in any manner . . . ." 22 C.F.R. § 120.17.

       2.      The ITAR defined a defense article to be any item on the United States Munitions List ("USML") contained in the regulations. The USML set forth twenty-one categories of defense articles that are subject to export licensing controls by the United States Department of State's Directorate of Defense Trade Controls ("DDTC"). 22 C.F.R. § 121.1.

       3.      The following items were defense articles designated on the USML in Category I(g), which could not and cannot be exported from the United States without a license or written approval from the DDTC:

            a.      JNC M2HB .50 caliber rifles

            b.      Barrett .50 caliber rifles

            c.      Century Arms VSKA 7.62 caliber rifles

       4.      It was also unlawful for a person to violate United States smuggling laws. Title 18, United States Code, Section 554(a) made it a federal crime to fraudulently or knowingly export or send from the United States, or attempt to export or send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, or receive, conceal, buy, sell, or in any manner facilitate the transportation, concealment, or sale of such merchandise, article or object, prior to exportation, knowing the same to be intended for exportation contrary to any law or regulation of the United States.

       5.      Neither VICTOR RICARDO CAMACHO, ISAAC RODRIGUEZ nor any co-conspirator identified herein ever applied for, received, or possessed a license from the DDTC to export defense articles.

## Count One

## (Aiding and Abetting a False Statement on an ATF 4473 Form)

On or about November 28, 2019 continuing through December 5, 2019, in the Southern District of Texas,

**ISRAEL CHAPA, JR,**
**VICTOR CAMACHO,**
**ISAAC RODRIGUEZ,**
**AND KHALID ABDULAZIZ,**

the defendants herein, aiding and abetting each other and those known and unknown to the Grand Jury, knowingly made a false statement and representation to an employee of Zeroed In Armory, a Federal Firearms Licensee which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18 of the United States Code to be kept in the records of the Federal Firearms Licensee Zeroed In Armory, in that defendant Israel Chapa, Jr. executed a Bureau of Alcohol, Tobacco, and Firearms Form 4473 (Firearms Transaction Record) to the effect that he was the buyer of the firearm, whereas in truth and in fact, he was purchasing the firearm for another individual;

In violation of Title 18, United States Code, Section 924(a)(1)(A) and 2.

## Count Two

### (Aiding and Abetting a False Statement on an ATF 4473 Form)

On or about December 17, 2019 continuing through December 19, 2019, in the Southern District of Texas,

**JAVIER CAVAZOS, III,**
**VICTOR CAMACHO,**
**ISAAC RODRIGUEZ,**
**AND KHALID ABDULAZIZ,**

the defendants herein, aiding and abetting each other and those known and unknown to the Grand Jury, knowingly made a false statement and representation to an employee of Zeroed In Armory, a Federal Firearms Licensee which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18 of the United States Code to be kept in the records of the Federal Firearms Licensee Zeroed In Armory, in that defendant Javier Cavazos, III executed a Bureau of Alcohol, Tobacco, and Firearms Form 4473 (Firearms Transaction Record) to the effect that he was the buyer of the firearm, whereas in truth and in fact, he was purchasing the firearm for another individual;

In violation of Title 18, United States Code, Section 924(a)(1)(A) and 2.

## Count Three

### (Aiding and Abetting a False Statement on an ATF 4473 Form)

On or about November 7, 2019, in the Southern District of Texas,

**ASHLEY GIDDENS**
**AND KHALID ABDULAZIZ,**

the defendants herein, aiding and abetting each other and those known and unknown to the Grand Jury, knowingly made a false statement and representation to an employee of Zeroed In Armory, a Federal Firearms Licensee which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18 of the United States Code to be kept in the records of the Federal Firearms Licensee Zeroed In Armory, in that defendant Ashley Giddens executed a Bureau of Alcohol, Tobacco, and Firearms Form 4473 (Firearms Transaction Record) to the effect that she was the buyer of the firearm, whereas in truth and in fact, she was purchasing the firearm for another individual;

In violation of Title 18, United States Code, Section 924(a)(1)(A) and 2.

<u>**Count Four**</u>

<u>**(Aiding and Abetting a False Statement on an ATF 4473 Form)**</u>

On or about November 14, 2019, in the Southern District of Texas,

**ASHLEY GIDDENS**
**AND KHALID ABDULAZIZ,**

the defendants herein, aiding and abetting each other and those known and unknown to the Grand Jury, knowingly made a false statement and representation to an employee of Zeroed In Armory, a Federal Firearms Licensee which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18 of the United States Code to be kept in the records of the Federal Firearms Licensee Zeroed In Armory, in that defendant Ashley Giddens executed a Bureau of Alcohol, Tobacco, and Firearms Form 4473 (Firearms Transaction Record) to the effect that she was the buyer of the firearm, whereas in truth and in fact, she was purchasing the firearm for another individual;

In violation of Title 18, United States Code, Section 924(a)(1)(A) and 2.

<u>**Count Five**</u>

<u>**(Aiding and Abetting a False Statement on an ATF 4473 Form)**</u>

On or about March 9, 2020, in the Southern District of Texas,

**STEVE BARANOWSKI, III**
**ISAAC RODRIGUEZ,**
**AND KHALID ABDULAZIZ,**

the defendants herein, aiding and abetting each other and those known and unknown to the Grand Jury, knowingly made a false statement and representation to an employee of Zeroed In Armory, a Federal Firearms Licensee which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18 of the United States Code to be kept in the records of the Federal Firearms Licensee Zeroed In Armory, in that defendant Steve Baranowski, III executed a Bureau of Alcohol, Tobacco, and Firearms Form 4473 (Firearms Transaction Record) to the effect that he was the buyer of the firearm, whereas in truth and in fact, he was purchasing the firearm for another individual;

In violation of Title 18, United States Code, Section 924(a)(1)(A) and 2.

## Count Six

## (Aiding and Abetting a False Statement on an ATF 4473 Form)

On or about March 15, 2020, in the Southern District of Texas,

**STEVE BARANOWSKI, III**
**ISAAC RODRIGUEZ,**
**AND KHALID ABDULAZIZ,**

the defendants herein, aiding and abetting each other and those known and unknown to the Grand Jury, knowingly made a false statement and representation to an employee of Zeroed In Armory, a Federal Firearms Licensee which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18 of the United States Code to be kept in the records of the Federal Firearms Licensee Zeroed In Armory, in that defendant Steve Baranowski, III executed a Bureau of Alcohol, Tobacco, and Firearms Form 4473 (Firearms Transaction Record) to the effect that he was the buyer of the firearm, whereas in truth and in fact, he was purchasing the firearm for another individual;

In violation of Title 18, United States Code, Section 924(a)(1)(A) and 2.

## Count Seven

### (Possession of Firearm With an Obliterated Serial Number)

On or about December 19, 2019, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**VICTOR CAMACHO,**

defendant herein, did unlawfully, knowingly possess a firearm, to wit, a Barrett .50 caliber BMG rifle, said firearm having been shipped and transported in interstate and foreign commerce, from which the manufacturer's serial number had been removed, altered, and obliterated.

In violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

## Count Eight

### (Aiding and Abetting a False Statement on an ATF 4473 Form)

On or about March 24, 2020, in the Southern District of Texas,

**MARIO REYNA,**
**ISAAC RODRIGUEZ,**
**AND KHALID ABDULAZIZ,**

the defendants herein, aiding and abetting each other and those known and unknown to the Grand Jury, knowingly made a false statement and representation to an employee of Zeroed In Armory, a Federal Firearms Licensee which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18 of the United States Code to be kept in the records of the Federal Firearms Licensee Zeroed In Armory, in that defendant Mario Reyna executed a Bureau of Alcohol, Tobacco, and Firearms Form 4473 (Firearms Transaction Record) to the effect that he was the buyer of the firearm, whereas in truth and in fact, he was purchasing the firearm for another individual;

In violation of Title 18, United States Code, Section 924(a)(1)(A) and 2.

## Count Nine

### (Aiding and Abetting the Exportation of Firearms)

On or about July 21, 2019 and continuing through April 29, 2020, the exact dates being unknown to the Grand Jury, in the Southern District of Texas,

**VICTOR RICARDO CAMACHO
AND ISAAC RODRIGUEZ**

the defendants herein, did fraudulently and knowingly export and send, and attempted to export and send from the United States; and facilitated the transportation, concealment, or sale of certain merchandise, article or object, knowing the same to be intended for exportation from the United States, to wit: a JNC M2HB .50 caliber rifle; three Barrett .50 caliber rifles; and four Century Arms VSKA 7.62 caliber rifles, contrary to the laws or regulations of the United States, in that CAMACHO and RODRIGUEZ (i) obtained said firearms through the use of fraud and false statements and (ii) exported and sent, and attempted to export and send; and facilitated the transportation, concealment, or sale of said firearms from the United States to the Republic of Mexico without a license or written approval from the United States Department of State, as required by Title 22, United States Code, Section 2778(b)(2), and Title 22, Code of Federal Regulations, Sections 121.1, 123.1, and 127.1.

All in violation of Title 18, United States Code, Section 554(a) and Section 2.

## Count Ten

## (Aiding and Abetting a False Statement on an ATF 4473 Form)

On or about March 20, 2020 in the Southern District of Texas,

**FRANCISCO JACINTO
AND KHALID ABDULAZIZ,**

the defendants herein, aiding and abetting each other and those known and unknown to the Grand Jury, knowingly made a false statement and representation to an employee of Zeroed In Armory, a Federal Firearms Licensee which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18 of the United States Code to be kept in the records of the Federal Firearms Licensee Zeroed In Armory, in that defendant Francisco Jacinto executed a Bureau of Alcohol, Tobacco, and Firearms Form 4473 (Firearms Transaction Record) to the effect that he was the buyer of the firearm, whereas in truth and in fact, he was purchasing the firearm for another individual;

In violation of Title 18, United States Code, Section 924(a)(1)(A) and 2.

## Count Eleven

### (Aiding and Abetting a False Statement on an ATF 4473 Form)

On or about March 3, 2020 in the Southern District of Texas,

**JESUS CALVO**
**AND KHALID ABDULAZIZ,**

the defendants herein, aiding and abetting each other and those known and unknown to the Grand Jury, knowingly made a false statement and representation to an employee of Zeroed In Armory, a Federal Firearms Licensee which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18 of the United States Code to be kept in the records of the Federal Firearms Licensee Zeroed In Armory, in that defendant Jesus Calvo executed a Bureau of Alcohol, Tobacco, and Firearms Form 4473 (Firearms Transaction Record) to the effect that he was the buyer of the firearm, whereas in truth and in fact, he was purchasing the firearm for another individual;

In violation of Title 18, United States Code, Section 924(a)(1)(A) and 2.

## Count Twelve

### (Aiding and Abetting a False Statement on an ATF 4473 Form)

On or about January 14, 2020 in the Southern District of Texas,

**DAVID BEDOLLA**
**AND KHALID ABDULAZIZ,**

the defendants herein, aiding and abetting each other and those known and unknown to the Grand Jury, knowingly made a false statement and representation to an employee of Zeroed In Armory, a Federal Firearms Licensee which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18 of the United States Code to be kept in the records of the Federal Firearms Licensee Zeroed In Armory, in that defendant David Bedolla executed a Bureau of Alcohol, Tobacco, and Firearms Form 4473 (Firearms Transaction Record) to the effect that he was the buyer of the firearm, whereas in truth and in fact, he was purchasing the firearm for another individual;

In violation of Title 18, United States Code, Section 924(a)(1)(A) and 2.

## Count Thirteen

## (Selling a Firearm to a Prohibited Person)

On or about March 27, 2020, in the Southern District of Texas,

## KHALID ABDULAZIZ

knowingly sold a firearm, that is a  Romarm/Cugir, PSL-54, 7.62 Caliber, Rifle , to an individual

knowing and having reasonable cause to believe that the individual had been convicted of a crime

punishable by imprisonment for a term exceeding one year.

In violation of Title 18, United States Code, Section 922(d)(1).

## Count Fourteen

## (Receiving a Firearm for Use in a Felony)

On or About December 4, 2019 in the Houston Division of the Southern District of Texas,

**KHALID ABDULAZIZ**

with knowledge or reasonable cause to believe that an offense punishable by imprisonment for a term exceeding one year is to be committed, to wit: Lying on an ATF 4473 Form, received a firearm in interstate or foreign commerce, to wit: four Diamondback Arms rifles, model DB-10.

In violation of Title 18, United States Code, Section 924(b).

## Count Fifteen

### (Aiding and Abetting a False Statement on an ATF 4473 Form)

On or about April 16, 2020 in the Southern District of Texas,

**HORACIO RODRIGUEZ,
ASHLEY SANDOVAL
AND KHALID ABDULAZIZ,**

the defendants herein, aiding and abetting each other and those known and unknown to the Grand Jury, knowingly made a false statement and representation to an employee of Zeroed In Armory, a Federal Firearms Licensee which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18 of the United States Code to be kept in the records of the Federal Firearms Licensee Zeroed In Armory, in that defendant Ashley Sandoval executed a Bureau of Alcohol, Tobacco, and Firearms Form 4473 (Firearms Transaction Record) to the effect that she was the buyer of the firearm, whereas in truth and in fact, she was purchasing the firearm for another individual;

In violation of Title 18, United States Code, Section 924(a)(1)(A) and 2.

## NOTICE OF CRIMINAL FORFEITURE

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the United States of America hereby gives notice that upon conviction of Lying on an 4473 Form, all firearms and ammunition involved in or used in a violation of Title 18, United States Code, Sections 922(g)(1) are subject to forfeiture, including but not limited to:

1) GLOCK GMBH, TYPE: PISTOL, MODEL: 19GEN4, CAL: 9, SN: BKZU311
2) RUGER, TYPE: PISTOL, MODEL: LCP II, CAL: 380, SN: 380075850
3) RIFLE, MODEL: ZIA-15, CAL: MULTI, SN: SAMPLE07
4) RIFLE, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE
5) SHOTGUN, MNF: IZHMASH (IMEZ),
6) SHOTGUN, MODEL: SAIGA-12, CAL: 12, SN: 13609358
7) RIFLE, MNF: IZHMASH (IMEZ),
8) RIFLE, MODEL: SAIGA, CAL: 762, SN: 13406983
9) RIFLE, MNF: ARSENAL CO. BULGARIA,
10) RIFLE, MODEL: SLR-107UR, CAL: 762, SN: KO551346
11) SHOTGUN, MNF: MOLOT (VYATSKIE POLYANY MACHINE BUILDING PLANT),
12) SHOTGUN, MODEL: VEPR, CAL: 12, SN: 16VAP7309
13) RIFLE, MNF: RUGER, TYPE: RIFLE, MODEL: 10/22, CAL: 22, SN: 0003-75948
14) RIFLE, MNF: CENTURY ARMS INTERNATIONAL, TYPE: RIFLE, MODEL: GP 1975 SPORTER, CAL: 762, SN: GPC505017
15) HANDGUN, MNF: GLOCK GMBH, TYPE: PISTOL, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: BKNE116
16) RIFLE, MNF: ROMARM/CUGIR, TYPE: RIFLE, MODEL: AES-10B, CAL: 762, SN: UH22501985
17) RIFLE, MNF: CENTURY ARMS INTERNATIONAL, TYPE: RIFLE, MODEL: M74 SPORTER, CAL: 545, SN: MS4C804455
18) RIFLE, MNF: F.N. (FN HERSTAL), TYPE: RIFLE, MODEL: PS90, CAL: 57, SN: FN099369
19) RIFLE, MNF: ZASTAVA, TYPE: RIFLE, MODEL: O-PAP M70, CAL: 762, SN: 0PAP008665
20) RIFLE, MNF: SWFA INC. (SOUTHWESTERN FIREARMS INC.), TYPE: RIFLE, MODEL: SS, CAL: 223, SN: SS0307
21) SHOTGUN, MNF: MOLOT (VYATSKIE POLYANY MACHINE BUILDING PLANT), TYPE: SHOTGUN, MODEL: VEPR, CAL: 12, SN: 16VPP2836
22) RIFLE, MNF: CENTURY ARMS INTERNATIONAL, TYPE: RIFLE, MODEL: RAS47, CAL: 762, SN: RAS47007273
23) RIFLE, MNF: ZASTAVA, TYPE: RIFLE, MODEL: PAP M90 NP, CAL: 556, SN: M90NP000123

24) RIFLE, MNF: CENTURY ARMS INTERNATIONAL, TYPE: RIFLE, MODEL: M70AB2, CAL: 762, SN: AB2C108902

25) SHOTGUN, MNF: KELTEC, CNC INDUSTRIES, INC., TYPE: SHOTGUN, MODEL: KSG, CAL: 12, SN: XUL73

26) RIFLE, MNF: IZHMASH (IMEZ), TYPE: RIFLE, MODEL: SAIGA, CAL: 762, SN: 13411611

27) RIFLE, MNF: ROCK RIVER ARMS, INC., TYPE: RIFLE, MODEL: LAR 15 LH, CAL: 556, SN: LH103448

28) RIFLE, MNF: IZHMASH (IMEZ), TYPE: RIFLE, MODEL: SAIGA, CAL: 762, SN: 13409183

29) RIFLE, MNF: ROMARM/CUGIR, TYPE: RIFLE, MODEL: WASR-10, CAL: 762, SN: A17207819RO

30) RIFLE, MNF: ZASTAVA, TYPE: RIFLE, MODEL: PAP M92 PV, CAL: 762, SN: M92PV034189

31) RIFLE, MNF: CENTURY ARMS INTERNATIONAL, TYPE: RIFLE, MODEL: RAS47, CAL: 762, SN: RAS47006638

32) RIFLE, MNF: PTR INDUSTRIES INC. (PTR-91 INC.), TYPE: RIFLE, MODEL: PTR 91, CAL: 308, SN: DK03715

33) RIFLE, MNF: DANIEL DEFENSE INC., TYPE: RIFLE, MODEL: DDM4, CAL: 556, SN: DDM4227742

34) RIFLE, MNF: PTR INDUSTRIES INC. (PTR-91 INC.), TYPE: RIFLE, MODEL: PTR 91, CAL: 308, SN: DK03793

35) RIFLE, MNF: ROMARM/CUGIR, TYPE: RIFLE, MODEL: DRACO, CAL: 762, SN: PMD0234515RO

36) RIFLE, MNF: ZEROED IN ARMORY, LLC, TYPE: RIFLE, MODEL: ZIA-15, CAL: MULTI, SN: ZIA000007

37) RIFLE, MNF: HECKLER AND KOCH, TYPE: RIFLE, MODEL: HK416A1, CAL: ZZ, SN: WH004375

38) SHOTGUN, MNF: SRM, INC. (SRM ARMS), TYPE: SHOTGUN, MODEL: SRM 1216, CAL: 12, SN: A002098

39) HANDGUN, MNF: SIG SAUER (SIG-ARMS), TYPE: PISTOL, MODEL: MPX, CAL: MULTI, SN: 62B025626

40) SHOTGUN, MNF: MOLOT (VYATSKIE POLYANY MACHINE BUILDING PLANT), TYPE: SHOTGUN, MODEL: VEPR, CAL: 12, SN: 15VAT3572

41) RIFLE, MNF: SPIKE'S TACTICAL LLC, TYPE: RIFLE, MODEL: ST15, CAL: MULTI, SN: PD001781

42) RIFLE, MNF: ZASTAVA, TYPE: RIFLE, MODEL: PAP M85 NP, CAL: 556, SN: M85NP008471

43) RIFLE, MNF: COLT, TYPE: RIFLE, MODEL: M4A1, CAL: 556, SN: LE120158

44) HANDGUN, MNF: GLOCK GMBH, TYPE: PISTOL, MODEL: 43, CAL: 9, SN: ZSU611

45) HANDGUN, MNF: HECKLER AND KOCH, TYPE: PISTOL, MODEL: USP9, CAL: 9, SN: 24-131276

46) RIFLE, MNF: CENTURY ARMS INTERNATIONAL, TYPE: PISTOL, MODEL: C39 PISTOL, CAL: 762, SN: 39WM-002851

47) HANDGUN, MNF: UNKNOWN MANUFACTURER, TYPE: REVOLVER, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: 37153

48) RIFLE, MNF: CHINESE, TYPE: RIFLE, MODEL: TYPE 53, CAL: 762, SN: 1137455

49) ASSAULT WEAPON (CRIME BILL), MNF: ALLIED ARMAMENT INC., TYPE: RIFLE, MODEL: 1919A4, CAL: 308, SN: 548455

50) RIFLE, MNF: MOSIN-NAGANT, TYPE: RIFLE, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: 9130399107

51) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RECEIVER/FRAME, MODEL: AM-15, CAL: MULTI, SN: 20081069

52) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RECEIVER/FRAME, MODEL: AM-15, CAL: MULTI, SN: 20081070

53) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RECEIVER/FRAME, MODEL: AM-15, CAL: MULTI, SN: 20081088

54) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RECEIVER/FRAME, MODEL: AM-15, CAL: MULTI, SN: 20081089

55) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RECEIVER/FRAME, MODEL: AM-15, CAL: MULTI, SN: 20081096

56) : RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RECEIVER/FRAME, MODEL: AM-15, CAL: MULTI, SN: 20081097

57) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RECEIVER/FRAME, MODEL: AM-15, CAL: MULTI, SN: 20081846

58) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RECEIVER/FRAME, MODEL: AM-15, CAL: MULTI, SN: 20084313

59) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RECEIVER/FRAME, MODEL: AM-15, CAL: MULTI, SN: 20084314

60) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RECEIVER/FRAME, MODEL: AM-15, CAL: MULTI, SN: 20084315

61) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RECEIVER/FRAME, MODEL: AM-15, CAL: MULTI, SN: 20084324

62) : RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RECEIVER/FRAME, MODEL: AM-15, CAL: MULTI, SN: 20084335

63) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RECEIVER/FRAME, MODEL: AM-15, CAL: MULTI, SN: 20084683

64) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RECEIVER/FRAME, MODEL: AM-15, CAL: MULTI, SN: 20084684

65) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RECEIVER/FRAME, MODEL: AM-15, CAL: MULTI, SN: 20087867

66) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RECEIVER/FRAME, MODEL: AM-15, CAL: MULTI, SN: 20087858

67) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RECEIVER/FRAME, MODEL: AM-15, CAL: MULTI, SN: 20087890

68) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RECEIVER/FRAME, MODEL: AM-15, CAL: MULTI, SN: 20087959

69) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RECEIVER/FRAME, MODEL: AM-15, CAL: MULTI, SN: 20087954

70) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RECEIVER/FRAME, MODEL: AM-15, CAL: MULTI, SN: 20087986
71) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RECEIVER/FRAME, MODEL: AM-15, CAL: MULTI, SN: 20087991
72) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RECEIVER/FRAME, MODEL: AM-15, CAL: MULTI, SN: 20087996
73) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091801
74) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091802
75) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091803
76) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091804
77) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091805
78) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091806
79) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091807
80) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091808
81) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091809
82) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091811
83) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091810
84) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091812
85) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091813
86) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091814
87) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091815
88) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091816
89) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091817
90) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091818
91) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091819
92) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091821

93) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091822

94) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091823

95) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091824

96) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091826

97) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091825

98) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091827

99) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091828

100)     RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091829

101)     RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091830

102)     RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091831

103)     RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091833

104)     RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091832

105)     RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091834

106)     RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091835

107)     RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091836

108)     RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091837

109)     RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091838

110)     RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091840

111)     RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091839

112)     RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091841

113)     RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091842

114)     RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091843

115)     RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091845

116)     RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091844

117)     RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091846

118)     RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091848

119)     RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091849

120)      RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091850

121)     RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091951

122)     RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091952

123)     RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091953

124)     RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091954

125)     RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091955

126)     RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091956

127)     RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091957

128)     RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091958

129)     RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091959

130)     RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091960

131)     RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091963

132)      RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091961

133)     RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091962

134)     RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091964

135)     RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091965

136)     RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091967

137)     RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091968

138)     RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091969

139)     RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091970

140)     RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091971

141)     RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091972

142)     RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091974

143)      RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091973

144)      RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091976

145)      RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091975

146)      RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091977

147)      RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091978

148)      RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091979

149)      RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091980

150)      RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091981

151)      RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091982

152)      RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091983

153)      RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091985

154)      RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091984

155)      RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091987

156)      RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091986

157)      RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091988

158)      RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091989

159)      RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091990

160)      RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091991

161)      RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091992

162)      RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091994

163)      RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091993

164)      RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091995

165)      RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091996

166)      RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091998

167)      RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091997

168)     RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091999

169)     RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20092000

170)      RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20104047

171)     RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20104046

172)     RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20104049

173)     RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20104050

174)     KE ARMS, TYPE: RECEIVER/FRAME, MODEL: KE-15, CAL: MULTI, SN: KF02684

175)     AMMUNITION, QTY: 1000, MNF: REMINGTON, CAL: 22

176)     AMMUNITION - ASSORTED, QTY: 1370, MNF: UNKNOWN, CAL: **

177)     AMMUNITION - ASSORTED, QTY: 3970, MNF: UNKNOWN, CAL: **

178)     AMMUNITION - ASSORTED, QTY: 5450, MNF: UNKNOWN, CAL: **

179)     AMMUNITION, QTY: 1000, MNF: UNKNOWN, CAL: 762

180)     AMMUNITION, QTY: 1625, MNF: UNKNOWN, CAL: 22

181)     AMMUNITION, QTY: 2000, MNF: UNKNOWN, CAL: 22

182)     AMMUNITION, QTY: 1500, MNF: UNKNOWN, CAL: 22

183)     AMMUNITION, QTY: 1650, MNF: UNKNOWN, CAL: 22

184)     AMMUNITION, QTY: 1655, MNF: UNKNOWN, CAL: 22

185)     AMMUNITION, QTY: 1550, MNF: UNKNOWN, CAL: 22

186)     AMMUNITION, QTY: 440, MNF: UNKNOWN, CAL: 762

187)     AMMUNITION - ASSORTED, QTY: 480, MNF: UNKNOWN, CAL: 12

188)     AMMUNITION - ASSORTED, QTY: 15348, MNF: ASSORTED, CAL: **

189)     AMMUNITION - ASSORTED, QTY: 885, MNF: ASSORTED, CAL: **

190)     AMMUNITION - ASSORTED, QTY: 5000, MNF: AGUILA, CAL: 22

191)     AMMUNITION - ASSORTED, QTY: 5000, MNF: AGUILA, CAL: 22

192)      AMMUNITION - ASSORTED, QTY: 359, MNF: ASSORTED, CAL: 762

193)     AMMUNITION - ASSORTED, QTY: 355, MNF: ASSORTED, CAL: 762

194)     AMMUNITION - ASSORTED, QTY: 8031, MNF: ASSORTED, CAL: **

195)     AMMUNITION - ASSORTED, QTY: 481, MNF: ASSORTED, CAL: **

196)     AMMUNITION - ASSORTED, QTY: 500, MNF: AGUILA, CAL: 12

197)     AMMUNITION - ASSORTED, QTY: 500, MNF: AGUILA, CAL: 12

198)     AMMUNITION - ASSORTED, QTY: 500, MNF: AGUILA, CAL: 12

199)     AMMUNITION - ASSORTED, QTY: 420, MNF: FEDERAL, CAL: 223

200)     AMMUNITION - ASSORTED, QTY: 420, MNF: FEDERAL, CAL: 223

201)     HANDGUN, MNF: HASKELL (MFGR), TYPE: PISTOL, MODEL: JHP, CAL: 45, SN: X4367612

202)     HANDGUN, MNF: HASKELL (MFGR), TYPE: PISTOL, MODEL: JHP, CAL: 45, SN: X4367576

203)     HANDGUN, MNF: SMITH & WESSON, TYPE: RECEIVER/FRAME, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NEP0700

204)     HANDGUN, MNF: KELTEC, CNC INDUSTRIES, INC., TYPE: PISTOL, MODEL: CP33, CAL: 22, SN: M3T10

205)     HANDGUN, MNF: RUGER, TYPE: PISTOL, MODEL: EC9S, CAL: 9, SN: 457-14078

206)     HANDGUN, MNF: TAURUS, TYPE: PISTOL, MODEL: G2S, CAL: 9, SN: ABC348023

207)     HANDGUN, MNF: ROMARM/CUGIR, TYPE: PISTOL, MODEL: MICRO DRACO, CAL: 762, SN: PMD18225-20

208)     RIFLE, MNF: SMITH & WESSON, TYPE: RIFLE, MODEL: M&P 15, CAL: 223, SN: TM14895

209)     Eighy Six (86) RIFLE, MNF: UNKNOWN MANUFACTURER, TYPE: RECEIVER/FRAME, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE

210)     HANDGUN, MNF: GLOCK GMBH, TYPE: PISTOL, MODEL: 43X, CAL: 9, SN: BMYG061

211)     RIFLE, MNF: BLACK FORGE, LLLC, TYPE: RIFLE, MODEL: BF15, CAL: MULTI, SN: BF-02171

212)     RIFLE, MNF: BLACK FORGE, LLLC, TYPE: RIFLE, MODEL: BF15, CAL: MULTI, SN: BF-02167

213)     RIFLE, MNF: SIG-SAUER, TYPE: PISTOL, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: 58J005193

214)     RIFLE, MNF: AERO PRECISION, TYPE: RIFLE, MODEL: X15, CAL: MULTI, SN: AR08126

215)     RIFLE, MNF: AERO PRECISION, TYPE: RIFLE, MODEL: X15, CAL: MULTI, SN: USA45481

216)     RIFLE, MNF: ZEROED IN ARMORY, LLC, TYPE: RIFLE, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: SAMPLE03

217)     RIFLE, MNF: AERO PRECISION, TYPE: RIFLE, MODEL: M5, CAL: MULTI, SN: US00343

218)     RIFLE, MNF: SHARPS BROS MFG. (3RD GEN MACHINE INC.), TYPE: RIFLE, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: WH00419

219)     RIFLE, MNF: SPIKE'S TACTICAL LLC, TYPE: RIFLE, MODEL: ST9G, CAL: 9, SN: ARN001853

220)     RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: MULTI, SN: 18128916

221)     RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: MULTI, SN: 18115373

222)     RIFLE, MNF: GLOCK GMBH, TYPE: PISTOL, MODEL: 19GEN5, CAL: 9, SN: BMEY445

223)     RIFLE, MNF: ZEROED IN ARMORY, LLC, TYPE: RIFLE, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: SAMPLE01

224)     RIFLE, MNF: ZEROED IN ARMORY, LLC, TYPE: RIFLE, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: SAMPLE13

225)     RIFLE, MNF: ZEROED IN ARMORY, LLC, TYPE: RIFLE, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: ZIS01

226)     RIFLE, MNF: ZEROED IN ARMORY, LLC, TYPE: RIFLE, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: SAMPLE02

227)     RIFLE, MNF: ZEROED IN ARMORY, LLC, TYPE: RIFLE, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: SAMPLE14

228)     RIFLE, MNF: ZEROED IN ARMORY, LLC, TYPE: RIFLE, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: SAMPLE01

229)     RIFLE, MNF: ZEROED IN ARMORY, LLC, TYPE: RIFLE, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: SAMPLE01

230)     RIFLE, MNF: ZEROED IN ARMORY, LLC, TYPE: RIFLE, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: ZIS02

231)     RIFLE, MNF: ZEROED IN ARMORY, LLC, TYPE: RIFLE, MODEL: UNKNOWN
TYPE, CAL: ZZ, SN: SAMPLE02

232)     RIFLE, MNF: ZEROED IN ARMORY, LLC, TYPE: RIFLE, MODEL: UNKNOWN
TYPE, CAL: ZZ, SN: SAMPLE10

233)     RIFLE, MNF: ZEROED IN ARMORY, LLC, TYPE: RIFLE, MODEL: UNKNOWN
TYPE, CAL: ZZ, SN: SAMPLE21

234)     RIFLE, MNF: ZEROED IN ARMORY, LLC, TYPE: RIFLE, MODEL: UNKNOWN
TYPE, CAL: ZZ, SN: SAMPLE18

235)     RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15,
CAL: MULTI, SN: 19179846

236)     RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15,
CAL: MULTI, SN: USA49769

237)     HANDGUN, MNF: GLOCK GMBH, TYPE: PISTOL, MODEL: UNKNOWN TYPE,
CAL: ZZ, SN: BKPH583

238)     RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15,
CAL: MULTI, SN: 18128913

239)     HANDGUN, MNF: GLOCK GMBH, TYPE: PISTOL, MODEL: UNKNOWN TYPE,
CAL: ZZ, SN: UBF154

240)     HANDGUN, MNF: POLYMER80, INC. (P80 TACTICAL P80), TYPE: PISTOL,
MODEL: PFC9 COMPACT, CAL: 9, SN: CA11145

241)     AMMUNITION - ASSORTED, QTY: 50, MNF: FIOCCHI, CAL: 9

242)     RIFLE, MNF: ZEROED IN ARMORY, LLC, TYPE: RIFLE, MODEL: UNKNOWN
TYPE, CAL: ZZ, SN: SAMPLE25

243)     HANDGUN, MNF: GLOCK INC., TYPE: PISTOL, MODEL: UNKNOWN TYPE,
CAL: ZZ, SN: ADAF913

244)     RIFLE, MNF: ZEROED IN ARMORY, LLC, TYPE: RIFLE, MODEL: UNKNOWN
TYPE, CAL: ZZ, SN: SAMPLE11

245)     RIFLE, MNF: ZEROED IN ARMORY, LLC, TYPE: RIFLE, MODEL: UNKNOWN
TYPE, CAL: ZZ, SN: SAMPLE02

246)     RIFLE, MNF: ZEROED IN ARMORY, LLC, TYPE: RIFLE, MODEL: UNKNOWN
TYPE, CAL: ZZ, SN: SAMPLE15

247)     RIFLE, MNF: ZEROED IN ARMORY, LLC, TYPE: RIFLE, MODEL: UNKNOWN
TYPE, CAL: ZZ, SN: SAMPLE19

248)     RIFLE, MNF: ZEROED IN ARMORY, LLC, TYPE: RIFLE, MODEL: UNKNOWN
TYPE, CAL: ZZ, SN: SAMPLE17

249)     RIFLE, MNF: ZEROED IN ARMORY, LLC, TYPE: RIFLE, MODEL: UNKNOWN
TYPE, CAL: ZZ, SN: SAMPLE22

250)     RIFLE, MNF: ZEROED IN ARMORY, LLC, TYPE: RIFLE, MODEL: UNKNOWN
TYPE, CAL: ZZ, SN: SAMPLE12

251)     RIFLE, MNF: ZEROED IN ARMORY, LLC, TYPE: RIFLE, MODEL: UNKNOWN
TYPE, CAL: ZZ, SN: SAMPLE04

252)     RIFLE, MNF: ZEROED IN ARMORY, LLC, TYPE: RIFLE, MODEL: UNKNOWN
TYPE, CAL: ZZ, SN: SAMPLE23

253)     RIFLE, MNF: ZEROED IN ARMORY, LLC, TYPE: RIFLE, MODEL: UNKNOWN
TYPE, CAL: ZZ, SN: SAMPLE06

254)     RIFLE, MNF: ZEROED IN ARMORY, LLC, TYPE: RIFLE, MODEL: UNKNOWN
TYPE, CAL: ZZ, SN: SAMPLE24

255)     RIFLE, MNF: ZEROED IN ARMORY, LLC, TYPE: RIFLE, MODEL: UNKNOWN
TYPE, CAL: ZZ, SN: SAMPLE08

256)       HANDGUN, MNF: F.N. (FN HERSTAL), TYPE: PISTOL, MODEL: FIVE-SEVEN, CAL: 57, SN: 386320610

257)       HANDGUN, MNF: SIG-SAUER, TYPE: PISTOL, MODEL: P365, CAL: 9, SN: 66A664680

258)       HANDGUN, MNF: GLOCK INC., TYPE: PISTOL, MODEL: 19GEN4, CAL: 9, SN: AEDA843

259)       HANDGUN, MNF: SIG-SAUER, TYPE: PISTOL, MODEL: P365, CAL: 9, SN: 66A134880

260)       RIFLE, MNF: ZEROED IN ARMORY, LLC, TYPE: RECEIVER/FRAME, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE

261)       HANDGUN, MNF: WESSON ARMS, DAN, TYPE: PISTOL, MODEL: WRAITH, CAL: 10, SN: 2001949

262)       HANDGUN, MNF: SIG-SAUER, TYPE: PISTOL, MODEL: P320, CAL: 9, SN: 58HI35441

263)       HANDGUN, MNF: GLOCK GMBH, TYPE: PISTOL, MODEL: 19X, CAL: 9, SN: ADRD968

264)       HANDGUN, MNF: GLOCK GMBH, TYPE: PISTOL, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: ADCU951

265)       HANDGUN, MNF: NIGHTHAWK CUSTOM, TYPE: RECEIVER/FRAME, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NCP21551

266)       HANDGUN, MNF: GLOCK GMBH, TYPE: PISTOL, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: BKXH324

267)       HANDGUN, MNF: HS PRODUKT (IM METAL), TYPE: PISTOL, MODEL: XDM, CAL: 9, SN: AT269729

268)       HANDGUN, MNF: HIPOINT, TYPE: PISTOL, MODEL: C9, CAL: 9, SN: P10056037,

269)       RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091966

270)       RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091847

271)       RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091820

272)       RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20104048

273)       FIREARM PARTS AND ACCESSORIES, COMPLETE UPPER RECIEVER OF AN AR TYPE. MAKE: MIDWEST INDUSTRIES

274)       FIREARM PARTS AND ACCESSORIES, 256- NOT DRILLED LOWER BLANKS IN PALLET

275)        FIREARM PARTS AND ACCESSORIES, 372- NOT DRILLED LOWER BLANKS IN PALLET

276)       FIREARM PARTS AND ACCESSORIES, FOUR COMPLETE UPPER RECIEVERS.

277)       FIREARM PARTS AND ACCESSORIES, 1600 NOT DRILLED LOWERS ON PALLET

278)       FIREARM PARTS AND ACCESSORIES, 1- AR-15 MAGAZINE 100 ROUND

279)       FIREARM PARTS AND ACCESSORIES, 10- AR-15 MAGAZINES 100 ROUND

280)       FIREARM PARTS AND ACCESSORIES, 10- AR-15 MAGAZINES 100 ROUND

281)       FIREARM PARTS AND ACCESSORIES, 10- AR-15 MAGAZINES 100 ROUND

282)       FIREARM PARTS AND ACCESSORIES, 10- AR-15 MAGAZINES 100 ROUND

283)       FIREARM PARTS AND ACCESSORIES, 39- UNFINISHED AR LOWER FRAMES

284)       FIREARM PARTS AND ACCESSORIES, ONE BOX CONTAINING 26 POLYMER80, MODEL PF94OV2 80% PISTOL FRAME AND JIG KIT

285)      FIREARM PARTS AND ACCESSORIES, 2 POLYMER80, MODEL PF940OV2 80%
          STANDARD FRAMES
286)      FIREARM PARTS AND ACCESSORIES, 51- ASSORTED MAGAZINES
287)      FIREARM PARTS AND ACCESSORIES, PMAG D-60 SIXTY (60) ROUND
          MAGAZINE
288)      FIREARM PARTS AND ACCESSORIES, 2 FIREARM MAGAZINES
289)      FIREARM PARTS AND ACCESSORIES, 12 NON DRILLED RIFLE LOWERS
290)      FIREARM PARTS AND ACCESSORIES, ONE BOX CONTAINING (35) PMAG M4
          30 ROUND AMMUNITION MAGAZINES & (5) PMAG LR/SR 7.62X51-.308 WIN
          MAGAZINES.
291)      FIREARM PARTS AND ACCESSORIES, ONE BOX CONTAINING (40) M4
          AMMUNITION MAGAZINES
292)      FIREARM PARTS AND ACCESSORIES, ONE BOX CONTAINING 37 PMAG30 M4
          AMMUNITION MAGAZINES & 2 PMAG30 AK74 MAG

**A TRUE BILL:**

**Original signature on file**
**FOREPERSON OF THE GRAND JURY**

**RYAN K. PATRICK**
**UNITED STATES ATTORNEY**

BY: _Lisa M. Collins_
_____
     **Lisa M. Collins**
     **Assistant United States Attorney**