USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

HOUSTON DIVISION

USAO Number: 2019R33142
Magistrate Number:

SUPERSEDING INDICTMENT

United States Courts
Southern District of Texas
FILED

Filed *July 15, 2020*

David J. Bradley, Clerk of Court

No. **4:20-cr-26**

Judge: **Atlas**

UNITED STATES of AMERICA
vs.

**ATTORNEYS:**
**RYAN K. PATRICK, USA**        (713) 567-9000
LISA M. COLLINS, AUSA           (713) 567-9000

| Defendant | Appt'd | Private |
|---|---|---|
| Israel Chapa (Ct.:1) | ☐ | ☐ |
| Victor Ricardo Camacho (Cts.: 1, 2, 7, 9) | ☐ | ☐ |
| Isaac Rodriguez (Cts.: 1, 2, 5, 6, 8, 9) | ☐ | ☐ |
| Javier Cavazos III (Ct. 2) | ☐ | ☐ |
| Ashley Giddens (Cts.: 3 & 4) | ☐ | ☐ |
| Steve Baranowski (Cts.: 5 & 6) | ☐ | ☐ |
| Khalid Abdulaziz (Cts.: 1- 6, 8, 10-15) | ☐ | ☐ |
| Mario Reyna (Ct.: 8) | ☐ | ☐ |
| Francisco Jacinto (Ct.: 10) | ☐ | ☐ |
| Jesus Calvo (Ct.: 11) | ☐ | ☐ |
| David Bedolla (Ct.: 12) | ☐ | ☐ |
| Horacio Abraham Rodriguez (Ct.: 15) | ☐ | ☐ |
| Ashley Sandoval (Ct.: 15) | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |

Cts. 1-6, 8, 10-12, 15: Aiding and Abetting Lying on an ATF 4473 Form [18 USC § 924(a)(1)(A) and 2]

Ct. 7: Possession of Firearm With an Obliterated Serial Number [18 USC §922(k) and 924(a)(1)(B)]

Ct. 9: Aiding and Abetting the Exportation of Firearms [18 USC §922(k) and 554(a) and Section 2]

Ct. 13: Selling a Firearm to a Prohibited Person [18 USC § 922(d)(1)]

Ct. 14: Receiving a Firearm for Use in a Felony [18 USC § 924(b)]

CHARGE:
(TOTAL)
(COUNTS:)
( 15 )

**PENALTY:**

Cts. 1-8, 10-12, 15: Up to 5 years of imprisonment and/or up to a $250,000 fine; 3 years SRT, $100 SA
Cts. 9, 13, 14:  Up to 10 years of imprisonment and/or up to a $250,000 fine; 3 years SRT, $100 SA

☐ In Jail

**NAME & ADDRESS of Surety:**

☐ On Bond

☐ No Arrest

**PROCEEDINGS:**