UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. 4-20-CR-26-S2 |
| | § | |
| KHALID ABDULAZIZ | § | |

**GOVERNMENT'S OFFER OF TRIAL EXHIBITS
PURSUANT TO LOCAL RULE CrLR 55.2**

TO THE HONORABLE JUDGE GREGG COSTA:

COMES NOW the United States of America, by and through Jennifer B. Lowery, United States Attorney in and for the Southern District of Texas, and Jennifer C. Stabe, and Lisa M. Collins, Assistant United States Attorneys, and files this offer of trial exhibits pursuant to local rule CrLR 55.2.

I.

CrLR 55.2 provides in pertinent part:

**Authentication of Exhibits.** A party requiring authentication of an exhibit must notify the offering party in writing within 7 days after the exhibit is listed and made available. Failure to object in advance of trial in writing concedes authenticity.

**Objections to Exhibits.** Objections to admissibility of exhibits must be made at least 7 days before trial by notifying the Court in writing of the disputes, with copies of the disputed exhibit and authority.

II.

The Government intends to introduce, among other things, the exhibits listed in the

1

attached Government's Exhibit List.

III.

The exhibits have been made available via hard drives and/or flash drives given to defense counsel on December 29, 2020, January 5, 2021, April 22, 2021, July 1, 2021, and on March 7, 2022. Additionally, throughout the case, discovery has been uploaded through the United States Attorney's Office file exchange system and sent via email and as of March 28, 2022 all exhibits have been given to defense counsel except for the Graphical Summary of March 9, 2020 tolls, the ATF Form 4473's from the purchases made by CI #1 and CI #2 and the DVR video extraction. These items will be disclosed as soon as practicable.

WHEREFORE, PREMISES CONSIDERED, the Government requests that the defendant comply with CrLR 55.2.

Respectfully submitted,

JENNIFER B. LOWERY
United States Attorney

*/s/ Jennifer C. Stabe*
Jennifer C. Stabe
Assistant United States Attorney
1000 Louisiana
Suite 2300
Houston, Texas 77002
713-567-9711

*/s/ Lisa M. Collins*
Lisa M. Collins
Assistant United States Attorney
1000 Louisiana
Suite 2300
Houston, Texas 77002
713-567-9700

## **CERTIFICATE OF SERVICE**

On March 28, 2022, the Government served a copy of its Offer of Trial Exhibits Pursuant to CLR 55.2 by ECF and by email upon Cordt Akers and Derek Hollingsworth, counsel of record for defendant Khalid Abdulaziz.

                                                      */s/ Jennifer C. Stabe*
                                                      Jennifer C. Stabe
                                                      Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | Criminal No. 4:20-CR-26-S2 |
| | § | |
| | § | **GREGG COSTA** |
| | § | **JUDGE** |
| vs. | § | |
| | § | |
| | § | **JESUS GUAJARDO** |
| | § | **COURTROOM CLERK** |
| | § | |
| | § | _____ |
| | § | **COURT REPORTER** |
| KHALID ABDULAZIZ | § | |

**GOVERNMENT'S EXHIBIT LIST**

| NO. | DESCRIPTION | OFFER | OBJ | ADMIT | N/ADM |
|---|---|---|---|---|---|
| 1 | Photo of Barrett .50 caliber rifle | Yes/No | Yes/No | | |
| 2 | Photo of AR 15 | Yes/No | Yes/No | | |
| 3 | Photo of AK 47 | Yes/No | Yes/No | | |
| 4 | Photo of .308 | Yes/No | Yes/No | | |
| 5 | Photo of M2 | Yes/No | Yes/No | | |
| 6 | Blank 4473 | Yes/No | Yes/No | | |
| 7 | Organizational Chart with Pictures to ID parties | Yes/No | Yes/No | | |
| 8 | Aerial Map of Zeroed In Armory | Yes/No | Yes/No | | |
| 9 | ATF Blue Ribbon Files February 20, 2013 through August 7, 2015 | Yes/No | Yes/No | | |
| 10 | ATF Blue Ribbons October 21, 2014 through March 23, 2021 | Yes/No | Yes/No | | |
| 11 | Israel Chapa 4473 from 7/11/2019 | Yes/No | Yes/No | | |
| 12 | Israel Chapa 4473 from 7/17/2019 | Yes/No | Yes/No | | |
| 13 | Israel Chapa 4473 from 8/26/2019 | Yes/No | Yes/No | | |
| 14 | Israel Chapa 4473 from 8/30/2019 | Yes/No | Yes/No | | |
| 15 | Israel Chapa 4473 from 9/5/2019 | Yes/No | Yes/No | | |

| NO. | DESCRIPTION | OFFER | OBJ | ADMIT | N/ADM |
|---|---|---|---|---|---|
| 16 | Israel Chapa 4473 from 10/1/2019 | Yes/No | Yes/No | | |
| 17 | Israel Chapa 4473 from 10/4/2019 | Yes/No | Yes/No | | |
| 18 | Israel Chapa 4473 from 10/7/2019 | Yes/No | Yes/No | | |
| 19 | Israel Chapa 4473 from 10/11/2019 | Yes/No | Yes/No | | |
| 20 | Israel Chapa 4473 from 10/16/2019 | Yes/No | Yes/No | | |
| 21 | Israel Chapa 4473 from 10/18/2019 | Yes/No | Yes/No | | |
| 22 | Israel Chapa 4473 from 10/22/2019 | Yes/No | Yes/No | | |
| 23 | Israel Chapa 4473 from 10/24/2019 | Yes/No | Yes/No | | |
| 24 | Israel Chapa 4473 from 11/1/2019 | Yes/No | Yes/No | | |
| 25 | Israel Chapa 4473 from 11/14/2019 | Yes/No | Yes/No | | |
| 26 | Israel Chapa 4473 from 11/24/2019 | Yes/No | Yes/No | | |
| 27 | Israel Chapa 4473 from 11/27/2019 | Yes/No | Yes/No | | |
| 28 | Israel Chapa 4473 from 12/3/2019 | Yes/No | Yes/No | | |
| 29 | Israel Chapa 4473 from 12/4/2019 | Yes/No | Yes/No | | |
| 30 | Israel Chapa 4473 from 12/5/2019 | Yes/No | Yes/No | | |
| 31 | Photo of Barrett boxes in truck | Yes/No | Yes/No | | |
| 32 | Photo of shipping label | Yes/No | Yes/No | | |
| 33 | Camacho Phone Seized on 12/5/2019 in Brownsville, Texas | Yes/No | Yes/No | | |
| 34 | Brownsville Phone Dump – Item 14 | Yes/No | Yes/No | | |
| 35 | Whats App String between Isaac and Camacho November 28-Dec 4 2019 | Yes/No | Yes/No | | |
| 36 | "Translation" of WhatsApp | Yes/No | Yes/No | | |
| 37 | Video – Ammo shown within Zeroed in Armory | Yes/No | Yes/No | | |
| 38 | Video – Isaac Rodriguez filming M2 inside Zeroed In Armory | Yes/No | Yes/No | | |
| 39 | Video – Isaac Rodriguez discussing money with Khalid Abdulaziz inside Zeroed In Armory | Yes/No | Yes/No | | |
| 40 | Phone Tolls – Isaac Rodriguez | Yes/No | Yes/No | | |
| 41 | Phone Tolls – Khalid Abdullaziz | Yes/No | Yes/No | | |

| NO. | DESCRIPTION | OFFER | OBJ | ADMIT | N/ADM |
|---|---|---|---|---|---|
| 42 | Summary Chart of Tolls from March 9, 2020 | Yes/No | Yes/No | | |
| 43 | Graphical Summary of March 9, 2020 tolls | Yes/No | Yes/No | | |
| 44 | Summary Chart of Tolls with Straw Purchasers | Yes/No | Yes/No | | |
| 45 | Summary Chart of Tolls between Isaac Rodriguez and Khalid Abdulaziz | Yes/No | Yes/No | | |
| 46 | Graphical Summary of Tolls between Khalid Abdulaziz and co-defendants | Yes/No | Yes/No | | |
| 47 | Consent to search phone – Victor Camacho | Yes/No | Yes/No | | |
| 48 | Cell Phone iPhone 11 – Item 5 | Yes/No | Yes/No | | |
| 49 | Cell Phone, Cricket U304AA – Item 6 | Yes/No | Yes/No | | |
| 50 | Victor Camacho Consent Phone Dump from Cricket – Item 7 | Yes/No | Yes/No | | |
| 51 | Victor Camacho Consent Phone Dump from iPhone 11 – Item 8 | Yes/No | Yes/No | | |
| 52 | WhatsApp String between Victor Camacho and Isaac Rodriguez Dec 17-19, 2019 | Yes/No | Yes/No | | |
| 53 | "Translation of WhatsApp String" | Yes/No | Yes/No | | |
| 54 | Photo of behind seat area of Victor Camacho's truck | Yes/No | Yes/No | | |
| 55 | Photo of firearms wrapped with tape | Yes/No | Yes/No | | |
| 56 | Photo of additional firearms wrapped with tape | Yes/No | Yes/No | | |
| 57 | Photo of ammunition found in vehicle | Yes/No | Yes/No | | |
| 58 | Photo of speaker box with magazines | Yes/No | Yes/No | | |
| 59 | Close up photo of drum magazines in speaker box | Yes/No | Yes/No | | |
| 60 | Photo of inside of Victor Camacho's truck | Yes/No | Yes/No | | |
| 61 | Photo of Victor Camacho's residence | Yes/No | Yes/No | | |
| 62 | Photo of magazine box | Yes/No | Yes/No | | |

| NO. | DESCRIPTION | OFFER | OBJ | ADMIT | N/ADM |
|---|---|---|---|---|---|
| 63 | Photo of firearms boxes | Yes/No | Yes/No | | |
| 64 | Diamondback Arms, Model DB-10, .308 caliber rifle, SN DB-7007498 | Yes/No | Yes/No | | |
| 64a | Photo of Diamondback Arms, Model DB-10, .308 caliber rifle, SN DB-7007498 | Yes/No | Yes/No | | |
| 64b | Close up photo of Diamondback Arms, Model DB-10, .308 caliber rifle, SN DB-7007498 | Yes/No | Yes/No | | |
| 65 | Diamondback Arms, Model DB-10, .308 caliber rifle, SN DB-7003521 | Yes/No | Yes/No | | |
| 65a | Photo of Diamondback Arms, Model DB-10, 308 caliber rifle, SN DB-7003521 | Yes/No | Yes/No | | |
| 65b | Close up photo of Diamondback Arms, Model DB-10, 308 caliber rifle, SN DB-7003521 | Yes/No | Yes/No | | |
| 66 | Diamondback Arms, Model DB-10, .308 caliber rifle, SN DB-7003463 | Yes/No | Yes/No | | |
| 66a | Photo of Diamondback Arms, Model DB-10, .308 caliber rifle, SN DB-7003463 | Yes/No | Yes/No | | |
| 66b | Close up Photo of Diamondback Arms, Model DB-10, .308 caliber rifle, SN DB-7003463 | Yes/No | Yes/No | | |
| 67 | Diamondback Arms, Model DB-10, .308 caliber rifle, SN DB-7007490 | Yes/No | Yes/No | | |
| 67a | Photo of Diamondback Arms, Model DB-10, .308 caliber rifle, SN DB-7007490 | Yes/No | Yes/No | | |
| 67b | Close up photo of Diamondback Arms, Model DB-10, .308 caliber rifle, SN DB-7007490 | Yes/No | Yes/No | | |
| 68 | Photo of Glock Pistol | Yes/No | Yes/No | | |
| 69 | Photo of Glock Pistol Close Up | Yes/No | Yes/No | | |
| 70 | Close up photo of firearms box SN DB-7006209 | Yes/No | Yes/No | | |
| 71 | Close up photo of firearms box for PS90 | Yes/No | Yes/No | | |
| 72 | Photo of Barrett .50 caliber case in back of vehicle | Yes/No | Yes/No | | |

| NO. | DESCRIPTION | OFFER | OBJ | ADMIT | N/ADM |
|---|---|---|---|---|---|
| 73 | Black iPhone 11 Pro belonging to Isaac Rodriguez – Item 22 | Yes/No | Yes/No | | |
| 74 | Data Extraction from Item 22 | Yes/No | Yes/No | | |
| 75 | Isaac Rodriguez Emails Image 177 | Yes/No | Yes/No | | |
| 76 | Isaac Rodriguez Emails Image 180 | Yes/No | Yes/No | | |
| 77 | Isaac Rodriguez Emails Image 53 | Yes/No | Yes/No | | |
| 78 | Isaac Rodriguez Emails Image 54 | Yes/No | Yes/No | | |
| 79 | Isaac Rodriguez Emails Image 57 | Yes/No | Yes/No | | |
| 80 | Isaac Rodriguez Emails Image 174 | Yes/No | Yes/No | | |
| 81 | Isaac Rodriguez Emails Image 103 | Yes/No | Yes/No | | |
| 82 | Isaac Rodriguez Emails Image 104 | Yes/No | Yes/No | | |
| 83 | Isaac Rodriguez Emails Image 166 | Yes/No | Yes/No | | |
| 84 | Isaac Rodriguez Emails Image 207 | Yes/No | Yes/No | | |
| 85 | Isaac Rodriguez Emails Image 49 | Yes/No | Yes/No | | |
| 86 | Isaac Rodriguez Emails Image 50 | Yes/No | Yes/No | | |
| 87 | Isaac Rodriguez Emails Image 182 | Yes/No | Yes/No | | |
| 88 | Isaac Rodriguez Emails Image 183 | Yes/No | Yes/No | | |
| 89 | Isaac Rodriguez Emails Image 184 | Yes/No | Yes/No | | |
| 90 | Isaac Rodriguez Emails Image 185 | Yes/No | Yes/No | | |
| 91 | Isaac Rodriguez Emails Image 186 | Yes/No | Yes/No | | |
| 92 | Isaac Rodriguez Emails Image 187 | Yes/No | Yes/No | | |
| 93 | Invoice for 105 AK-47 rifles | Yes/No | Yes/No | | |
| 94 | Invoice for 15 .308 caliber rifles Image 153 | Yes/No | Yes/No | | |
| 95 | Video of Victor Camacho Traffic Stop – Deputy Tondera | Yes/No | Yes/No | | |
| 96 | Photo of .50 caliber rifle in trunk | Yes/No | Yes/No | | |
| 97 | Close up photo of .50 caliber rifle in trunk | Yes/No | Yes/No | | |
| 98 | Photo of obliterated serial number | Yes/No | Yes/No | | |
| 99 | Photo of obliterated serial number | Yes/No | Yes/No | | |
| 100 | Photo of assembled .50 caliber rifle | Yes/No | Yes/No | | |

| NO. | DESCRIPTION | OFFER | OBJ | ADMIT | N/ADM |
|---|---|---|---|---|---|
| 101 | Javier Cavazos, III 4473 from 11/21/2019 | Yes/No | Yes/No | | |
| 102 | Javier Cavazos, III 4473 from 12/12/2019 | Yes/No | Yes/No | | |
| 103 | Javier Cavazos, III 4473 from 12/18/2019 | Yes/No | Yes/No | | |
| 104 | Javier Cavazos, III 4473 from 1/8/2020 | Yes/No | Yes/No | | |
| 105 | Javier Cavazos, III 4473 from 3/4/2020 | Yes/No | Yes/No | | |
| 106 | Barrett Firearms, Model 82A1 .50 caliber BMG rifle SN: AA009174 | Yes/No | Yes/No | | |
| 106a | Photo of Barrett 1 | Yes/No | Yes/No | | |
| 106b | Photo of Barrett 2 | Yes/No | Yes/No | | |
| 107 | Ashley Giddens 4473 from 11/7/2019 | Yes/No | Yes/No | | |
| 108 | Ashley Giddens 4473 from 11/14/2019 | Yes/No | Yes/No | | |
| 109 | Ashley Giddens 4473 from 11/15/2019 | Yes/No | Yes/No | | |
| 110 | Ashley Giddens 4473 from 12/16/2019 | Yes/No | Yes/No | | |
| 111 | Ashley Giddens 4473 from 12/18/2019 | Yes/No | Yes/No | | |
| 112 | Steve Baranowski, III 4473 from 3/9/2020 | Yes/No | Yes/No | | |
| 113 | Steve Baranowski, III 4473 from 3/15/2020 | Yes/No | Yes/No | | |
| 114 | Mario Reyna 4473 from 3/24/2020 | Yes/No | Yes/No | | |
| 115 | Mario Reyna 4473 from 3/27/2020 | Yes/No | Yes/No | | |
| 116 | Mario Reyna 4473 from 4/13/2020 | Yes/No | Yes/No | | |
| 117 | Mario Reyna 4473 from 4/21/2020 | Yes/No | Yes/No | | |
| 118 | Mario Reyna 4473 from 4/23/2020 | Yes/No | Yes/No | | |
| 119 | Jesus Calvo 4473 from 3/3/2020 | Yes/No | Yes/No | | |
| 120 | David Bedolla 4473 from 1/14/2020 | Yes/No | Yes/No | | |
| 121 | Francisco Jacinto 4473 from 1/17/2020 | Yes/No | Yes/No | | |
| 122 | Francisco Jacinto 4473 from 1/18/2020 | Yes/No | Yes/No | | |
| 123 | Francisco Jacinto 4473 from 2/20/2020 | Yes/No | Yes/No | | |
| 124 | Francisco Jacinto 4473 from 2/21/2020 | Yes/No | Yes/No | | |
| 125 | Francisco Jacinto 4473 from 2/26/2020 | Yes/No | Yes/No | | |
| 126 | Francisco Jacinto 4473 from 3/20/2020 | Yes/No | Yes/No | | |

| NO. | DESCRIPTION | OFFER | OBJ | ADMIT | N/ADM |
|---|---|---|---|---|---|
| 127 | Khalid Abdulaziz Statement – January 2020 | Yes/No | Yes/No | | |
| 128 | Photo of Riley Defense Inc., model RAK 47, .762 caliber rifle, SN: B15064 | Yes/No | Yes/No | | |
| 129 | Close up photo of Riley Defense Inc., model RAK 47, .762 caliber rifle, SN: B15064 | Yes/No | Yes/No | | |
| 130 | Photo of photo Riley Defense Inc., model RAK 47, .762 caliber rifle, SN: B15026 | Yes/No | Yes/No | | |
| 131 | Close up photo of Riley Defense Inc., model RAK 47, .762 caliber rifle, SN: B15026 | Yes/No | Yes/No | | |
| 132 | Photo of Riley Defense Inc., model RAK 47, .762 caliber rifle, SN: B15025 | Yes/No | Yes/No | | |
| 133 | Close up photo of Riley Defense Inc., model RAK 47, .762 caliber rifle, SN: B15025 | Yes/No | Yes/No | | |
| 134 | Photo of Taurus, model G2C, 9 mm caliber pistol, SN: TMS81600 | Yes/No | Yes/No | | |
| 135 | Close up photo of Taurus, model G2C, 9 mm caliber pistol, SN: TMS81600 | Yes/No | Yes/No | | |
| 136 | Photo of Glock, Model 19GEN4, 9mm caliber pistol, SN: BKZW940 | Yes/No | Yes/No | | |
| 137 | Close up photo of Glock, Model 19GEN4, 9mm caliber pistol, SN: BKZW940 | Yes/No | Yes/No | | |
| 138 | Riley Defense Inc., model RAK 47, .762 caliber rifle, SN: B12442 | Yes/No | Yes/No | | |
| 138a | Photo of Riley Defense Inc., model RAK 47, .762 caliber rifle, SN: B12442 | Yes/No | Yes/No | | |
| 138b | Close up Photo of Riley Defense Inc., model RAK 47, .762 caliber rifle, SN: B12442 | | | | |
| 139 | CI Phone Call 1 from 3/26/20 | Yes/No | Yes/No | | |
| 140 | CI Phone Call 2 from 3/26/20 | Yes/No | Yes/No | | |
| 141 | CI #1 Camera 3/27/20 | Yes/No | Yes/No | | |
| 142 | CI #2 Camera 3/27/20 part 1 | Yes/No | Yes/No | | |

| NO. | DESCRIPTION | OFFER | OBJ | ADMIT | N/ADM |
|---|---|---|---|---|---|
| 143 | CI #2 Camera 3/27/20 part 2 | Yes/No | Yes/No | | |
| 144 | CI #2 Camera 3/27/20 part 3 | Yes/No | Yes/No | | |
| 145 | ATF Form 4473 from 3/27/20 purchase | Yes/No | Yes/No | | |
| 146 | Romarm/Cugir, Model PSL-54C, .762 caliber rifle, SN: S563619 | Yes/No | Yes/No | | |
| 146a | Photo of Romarm/Cugir, Model PSL-54C, .762 caliber rifle, SN: S563619 | Yes/No | Yes/No | | |
| 146b | Close up photo of Romarm/Cugir, Model PSL-54C, .762 caliber rifle, SN: S563619 | Yes/No | Yes/No | | |
| 147 | Steyr Arms, Inc., Model AUG/A3 M1, .223 caliber rifle, SN: 14USA269 | Yes/No | Yes/No | | |
| 147a | Photo of Steyr Arms, Inc., Model AUG/A3 M1, .223 caliber rifle, SN: 14USA269 | Yes/No | Yes/No | | |
| 147b | Close up photo of Steyr Arms, Inc., Model AUG/A3 M1, .223 caliber rifle, SN: 14USA269 | Yes/No | Yes/No | | |
| 148 | Recorded Call 4/7/20 | Yes/No | Yes/No | | |
| 149 | Recorded Call 4/10/20 | Yes/No | Yes/No | | |
| 150 | Recorded Call 4/15/20 #1 | Yes/No | Yes/No | | |
| 151 | Recorded Call 4/15/20 #2 | Yes/No | Yes/No | | |
| 152 | Recorded Call 4/15/2 #3 | Yes/No | Yes/No | | |
| 153 | CI #1 Camera 4/16/20 Part 1 | Yes/No | Yes/No | | |
| 154 | CI #1 Camera 4/16/20 Part 2 | Yes/No | Yes/No | | |
| 155 | CI #2 Camera 4/16/20 Part 1 | Yes/No | Yes/No | | |
| 156 | CI #2 Camera 4/16/20 Part 2 | Yes/No | Yes/No | | |
| 157 | CI #2 Camera 4/16/20 Part 3 | Yes/No | Yes/No | | |
| 158 | CI #2 Camera 4/16/20 Part 4 | Yes/No | Yes/No | | |
| 159 | CI #2 Camera 4/16/20 Part 5 | Yes/No | Yes/No | | |
| 160 | ATF Form 4473 from 4/16/2020 purchase | Yes/No | Yes/No | | |
| 161 | Anderson Manufacturing, model AM-15, multi caliber rifle, SN: 20066879 | Yes/No | Yes/No | | |
| | | | | | |

| NO. | DESCRIPTION | OFFER | OBJ | ADMIT | N/ADM |
|---|---|---|---|---|---|
| 161a | Photo of Anderson Manufacturing, model AM-15, multi caliber rifle, SN: 20066879 | Yes/No | Yes/No | | |
| 161b | Close up photo of Anderson Manufacturing, model AM-15, multi caliber rifle, SN: 20066879 | Yes/No | Yes/No | | |
| 162 | Zastava, model OPAP M70, .762 caliber rifle, SN: OPAP004375 | Yes/No | Yes/No | | |
| 162a | Photo of Zastava, model OPAP M70, .762 caliber rifle, SN: OPAP004375 | Yes/No | Yes/No | | |
| 162b | Close up photo of Zastava, model OPAP M70, .762 caliber rifle, SN: OPAP004375 | Yes/No | Yes/No | | |
| 163 | Recorded Call 4/21/20 | Yes/No | Yes/No | | |
| 164 | Recorded Call 4/24/20 | Yes/No | Yes/No | | |
| 165 | Recorded Call 4/28/20 | Yes/No | Yes/No | | |
| 166 | CI #1 Camera 4/28/20 Part 1 | Yes/No | Yes/No | | |
| 167 | CI #1 Camera 4/28/20 Part 2 | Yes/No | Yes/No | | |
| 168 | CI #1 Audio Only 4/28/20 | Yes/No | Yes/No | | |
| 169 | CI #2 Camera 4/28/20 Part 1 | Yes/No | Yes/No | | |
| 170 | CI #2 Camera 4/28/20 Part 2 | Yes/No | Yes/No | | |
| 171 | CI #2 Camera 4/28/20 Part 3 | Yes/No | Yes/No | | |
| 172 | CI #2 Camera 4/28/20 Part 4 | Yes/No | Yes/No | | |
| 173 | ATF Form 4473 from 4/28/20 purchase | Yes/No | Yes/No | | |
| 174 | Allied Armament, Inc., Model M3, SN: 2214459 | Yes/No | Yes/No | | |
| 174a | Photo of Allied Armament, Inc., Model M3 SN: 2214459 | Yes/No | Yes/No | | |
| 174b | Close up photo of Allied Armament, Inc., Model M3 SN: 2214459 | Yes/No | Yes/No | | |
| 175 | Anderson Manufacturing, model AM-15, .556 caliber rifle seized on 4/29/2020 SN: 20091973 | Yes/No | Yes/No | | |
| 175a | Photo of Anderson Manufacturing, model AM-15, multi caliber rifle seized on 4/29/2020 | Yes/No | Yes/No | | |

| NO. | DESCRIPTION | OFFER | OBJ | ADMIT | N/ADM |
|---|---|---|---|---|---|
| 175b | Close up Photo of Anderson Manufacturing, model AM-15, multi caliber rifle seized on 4/29/2020 | Yes/No | Yes/No | | |
| 176 | Khalid Abdulaziz Statement from 4/29/20 | Yes/No | Yes/No | | |
| 177 | Zeroed In Armory Acquisition and Disposition Book | Yes/No | Yes/No | | |
| 178 | Relevant pages of ZIA A&D Book | Yes/No | Yes/No | | |
| 179 | Intuit Quickbook Financial Records | Yes/No | Yes/No | | |
| 180 | Summary Chart of Financial Records | Yes/No | Yes/No | | |
| 181 | DVR video extraction | Yes/No | Yes/No | | |
| 182 | .50 caliber ammunition demonstrative | Yes/No | Yes/No | | |
| 183 | .308 round of ammunition demonstrative | Yes/No | Yes/No | | |
| 184 | .223 round of ammunition demonstrative | Yes/No | Yes/No | | |
| 185 | 9 mm round of ammunition demonstrative | Yes/No | Yes/No | | |
| | | | | | |
| | | | | | |