United States District Court
Southern District of Texas
**ENTERED**
July 20, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CASE NO. 4:20-CR-26-4 |
| KHALID ABDULAZIZ, Defendant. | § § § | |

ORDER OF FORFEITURE AT SENTENCING

The Preliminary Order of Forfeiture, which was signed on April 6, 2022, and became final as to the defendant Khalid Abdulaziz on the same date, shall be made part of the defendant's sentence and included in the judgment.

SIGNED and ORDERED this _20th_ day of _July_, 2022.

_____
GREGG COSTA
United States Circuit Judge