United States Courts
Southern District of Texas
FILED

JUL 20 2022

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CASE NO. 4:20-CR-26-4 |
| KHALID ABDULAZIZ | § § | |

## MOTION TO DISMISS COUNTS

The United States of America, by and through Jennifer B. Lowery, United States Attorney, and Jennifer Stabe, Assistant United States Attorney, for the Southern District of Texas, requests that the Court dismiss without prejudice Counts Two, Seven, Nine, Twelve, Thirteen, and Fourteen of the Second Superseding Criminal Indictment filed against the defendant pursuant to the plea agreement.

        Respectfully submitted,

        JENNIFER B. LOWERY
        United States Attorney

By:   */s/ Jennifer Stabe*
       Jennifer Stabe
       Assistant United States Attorney
       713-567-9711

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Government's Motion to Dismiss has been delivered by email to the attorney for the defendant.

/s/ *Jennifer Stabe*
Jennifer Stabe
Assistant United States Attorney