Case 4:20-cr-00026   Document 806   Filed on 12/20/22 in TXSD   Page 1 of 8

United States District Court
Southern District of Texas
**ENTERED**
December 21, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| v. | § | CRIMINAL NO. 4:20-CR-026 |
| | § | |
| KHALID ABDULAZIZ | § | |
| Defendant. | § | |

## FINAL ORDER OF FORFEITURE

Pending before the Court is the United States Motion for a Final Order of Forfeiture. Having considered the motion, the record, and the applicable law, the Court has determined that the motion for final order of forfeiture should be granted. It is therefore ORDERED that:

A.  The below listed firearms, ammunition, firearm parts and accessories ("Subject Firearms") are forfeited to the United States, with all right, title and interest vesting in the United States:

1. Glock GMBH 19Gen4 Pistol CAL: 9mm SN: BKZU311 (20-ATF-018157)
2. Ruger LCP II Pistol CAL: .380 SN: 380075850 (20-ATF-018174)
3. Colt M4A1 Rifle CAL: 5.56 SN: LE120158 (20-ATF-018175)
4. Glock GMBH 43 Pistol CAL: 9mm SN: ZSU611 (20-ATF-018176)
5. Zeroed in Armory, LLC ZIA-15 Rifle CAL: Multi SN: SAMPLE07 (20-ATF-018178)
6. Heckler and Koch USP9 Pistol CAL: 9mm SN: 24-131276 (20-ATF-018179)
7. Century Arms International C39 Pistol CAL: 7.62 SN: 39WM-002851 (20-ATF-018180)
8. Unknown Manufacturer Unknown Revolver CAL: Unknown SN: 37153 (20-ATF-018181)
9. Zeroed in Armory, LLC Unknown Rifle CAL: Unknown SN: None (20-ATF-018182)
10. Chinese Type 53 Rifle CAL: 7.62 SN: 1137455 (20-ATF-018183)
11. Izhmash (Imez) Saiga-12 Shotgun CAL: 12 SN: 13609358 (20-ATF-018184)
12. Izhmash (Imez) Saiga Rifle CAL: 7.62 SN: 13406983 (20-ATF-018185)
13. Allied Armament Inc 1919A4 Rifle CAL: .308 SN: 548455 (20-ATF-018186)
14. Mosin-Nagant Unknown Rifle CAL: Unknown SN: 9130399107 (20-ATF-018188)
15. Arsenal CO. of Bulgaria SLR-107UR Rifle CAL: 7.62 SN: KO551346 (20-ATF-018189)
16. Anderson Manufacturing AM-15 Receiver/Frame CAL: Multi SN: 20081069 (20-ATF-018190)
17. Anderson Manufacturing AM-15 Receiver/Frame CAL: Multi SN: 20081070 (20-ATF-018192)
18. Ruger 10/22 Rifle CAL: .22 SN: 0003-75948 (20-ATF-018193)
19. Century Arms International GP 1975 Sporter Rifle CAL: 7.62 SN: GPC505017 (20-ATF-018195)

1

20. Glock GMBH Unknown Pistol CAL: Unknown SN: BKNE116 (20-ATF-018197)
21. Anderson Manufacturing AM-15 Receiver/Frame CAL: Multi SN: 20081096 (20-ATF-018198)
22. Romarm/Cugir AES-10B Rifle CAL: 7.62 SN: UH22501985 (20-ATF-018199)
23. Century Arms International M74 Sporter Rifle CAL: 5.45 SN: MS4C804455(20-ATF-018200)
24. Anderson Manufacturing AM-15 Receiver/Frame CAL: Multi SN: 20081097 (20-ATF-018201)
25. Anderson Manufacturing AM-15 Receiver/Frame CAL: Multi SN: 20081846 (20-ATF-018202)
26. Anderson Manufacturing AM-15 Receiver/Frame CAL: Multi SN: 20084313 (20-ATF-018203)
27. F.N. (FN Herstal) PS90 Rifle CAL: 5.7 SN: FN099369 (20-ATF-018204)
28. Anderson Manufacturing AM-15 Receiver/Frame CAL: Multi SN: 20084314 (20-ATF-018205)
29. Zastava O-Pap M70 Rifle CAL: 7.62 SN: 0PAP008665 (20-ATF-018206)
30. Anderson Manufacturing AM-15 Receiver/Frame CAL: Multi SN: 20084315 (20-ATF-018207)
31. Anderson Manufacturing AM-15 Receiver/Frame CAL: Multi SN: 20084324 (20-ATF-018208)
32. Anderson Manufacturing AM-15 Receiver/Frame CAL: Multi SN: 20084335 (20-ATF-018209)
33. Anderson Manufacturing AM-15 Receiver/Frame CAL: Multi SN: 20084683 (20-ATF-018210)
34. Anderson Manufacturing AM-15 Receiver/Frame CAL: Multi SN: 20084684 (20-ATF-018211)
35. SWFA, Inc. (Southwestern Firearms Inc.) SS Rifle CAL: .223 SN: SS0307 (20-ATF-018212)
36. Anderson Manufacturing AM-15 Receiver/Frame CAL: Multi SN: 20087867 (20-ATF-018213)
37. MOLOT (Vyatskie Polyany Machine Building Plant), Type: Shotgun, Model: VEPR, Caliber: 12, SN: 16VPP2836 (20-ATF-018214)
38. Anderson Manufacturing AM-15 Receiver/Frame CAL: Multi SN: 20087858 (20-ATF-018215)
39. Century Arms International RAS47 Rifle CAL: 7.62 SN: RAS47007273 (20-ATF-018216)
40. Anderson Manufacturing AM-15 Receiver/Frame CAL: Multi SN: 20087890 (20-ATF-018218)
41. Zastava PAP M90 NP Rifle CAL: 5.56 SN: M90NP000123 (20-ATF-018219)
42. Century Arms International M70AB2 Rifle CAL: 7.62 SN: AB2C108902 (20-ATF-018220)
43. Anderson Manufacturing AM-15 Receiver/Frame CAL: Multi SN: 20087959 (20-ATF-018221)
44. Kel-Tec, CNC Industries, Inc KSG Shotgun CAL: 12 SN: XUL73 (20-ATF-018222)
45. Anderson Manufacturing AM-15 Receiver/Frame CAL: Multi SN: 20087954 (20-ATF-018223)
46. Izhmash (Imez) Saiga Rifle CAL: 7.62 SN: 13411611 (20-ATF-018224)
47. Rock River Arms, Inc. LAR 15 LH Rifle CAL: 5.56 SN: LH103448 (20-ATF-018226)
48. Anderson Manufacturing AM-15 Receiver/Frame CAL: Multi SN: 20087986 (20-ATF-018227)
49. Anderson Manufacturing AM-15 Receiver/Frame CAL: Multi SN: 20087991 (20-ATF-018228)
50. Izhmash (Imez) Saiga Rifle CAL: 7.62 SN: 13409183 (20-ATF-018229)
51. Romarm/Cugir WASR-10 Rifle CAL: 7.62 SN: A17207819RO (20-ATF-018230)
52. Anderson Manufacturing AM-15 Receiver/Frame CAL: Multi SN: 20087996 (20-ATF-018231)
53. Zastava Pap M92 PV Rifle CAL: 7.62 SN: M92PV034189 (20-ATF-018232)
54. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091801 (20-ATF-018233)
55. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091802 (20-ATF-018234)
56. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091803 (20-ATF-018235)
57. Century Arms International RAS47 Rifle CAL: 7.62 SN: RAS47006638 (20-ATF-018236)
58. PTR Industries (PTR-91 Inc.) PTR 91 Rifle CAL: .308 SN: DK03715 (20-ATF-018237)
59. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091804 (20-ATF-018238)
60. Daniel Defense Inc. DDM4 Rifle CAL: 5.56 SN: DDM4227742 (20-ATF-018239)
61. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091805 (20-ATF-018240)
62. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091806 (20-ATF-018241)
63. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091807 (20-ATF-018242)
64. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091808 (20-ATF-018243)
65. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091809 (20-ATF-018244)

66. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091811 (20-ATF-018254)
67. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091810 (20-ATF-018255)
68. PTR Industries Inc. (PTR-91 Inc.) PTR 91 Rifle CAL: .308 SN: DK03793 (20-ATF-018256)
69. Romarm/Cugir Draco Rifle CAL: 7.62 SN: PMD0234515RO (20-ATF-018257)
70. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091812 (20-ATF-018258)
71. Zeroed in Armory, LLC ZIA-15 Rifle CAL: Multi SN: ZIA000007 (20-ATF-018259)
72. Heckler and Koch HK416A1 Rifle CAL: Unknown SN: WH004375 (20-ATF-018260)
73. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091813 (20-ATF-018261)
74. SRM, Inc. (SRM Arms) SRM 1216 Shotgun CAL: 12 SN: A002098 (20-ATF-018262)
75. Sig Sauer (Sig-Arms) MPX Pistol CAL: Multi SN: 62B025626 (20-ATF-018263)
76. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091814 (20-ATF-018264)
77. Molot (Vyatskie Polyany Machine Building Plant) VEPR Shotgun VEPR CAL: 12 SN: 15VAT3572 (20-ATF-018265)
78. Spike's Tactical, LLC ST15 Rifle CAL: Multi SN: PD001781 (20-ATF-018266)
79. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091815 (20-ATF-018267)
80. Zastava PAP M85 NP Rifle CAL: 5.56 SN: M85NP008471 (20-ATF-018268)
81. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091816 (20-ATF-018269)
82. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091817 (20-ATF-018270)
83. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091818 (20-ATF-018271)
84. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091819 (20-ATF-018272)
85. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091999 (20-ATF-018273)
86. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091821 (20-ATF-018274)
87. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20092000 (20-ATF-018275)
88. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091822 (20-ATF-018276)
89. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20104047 (20-ATF-018277)
90. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20104046 (20-ATF-018278)
91. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091823 (20-ATF-018279)
92. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20104049 (20-ATF-018280)
93. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20104050 (20-ATF-018281)
94. KE Arms KE-15 Receiver/Frame CAL: Multi SN: KF02684 (20-ATF-018282)
95. 1,000 Rounds Remington Ammunition CAL: .22 (20-ATF-018283)
96. 1,370 Rounds Unknown Ammunition CAL: Unknown (20-ATF-018284)
97. 3,970 Rounds Unknown Ammunition CAL: Unknown (20-ATF-018286)
98. 5,450 Rounds Unknown Ammunition CAL: Unknown (20-ATF-018287)
99. 1,000 Rounds Unknown Ammunition CAL: 7.62 (20-ATF-018288)
100. 1,625 Rounds Unknown Ammunition CAL: .22 (20-ATF-018290)
101. 2,000 Rounds Unknown Ammunition CAL: .22 (20-ATF-018293)
102. 1,500 Rounds Unknown Ammunition CAL: .22 (20-ATF-018294)
103. 1,650 Rounds Unknown Ammunition CAL: .22 (20-ATF-018295)
104. 1,655 Rounds Unknown Ammunition CAL: .22 (20-ATF-018297)
105. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091824 (20-ATF-018298)
106. 1,550 Rounds Unknown Ammunition CAL: .22 (20-ATF-018299)
107. 440 Rounds Unknown Ammunition CAL: 7.62 (20-ATF-018300)
108. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091826 (20-ATF-018301)
109. 480 Rounds Unknown Ammunition CAL: 12 (20-ATF-018302)
110. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091825 (20-ATF-018303)
111. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091827 (20-ATF-018305)

112. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091828 (20-ATF-018307)
113. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091829 (20-ATF-018311)
114. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091830 (20-ATF-018312)
115. 15,348 Rounds Assorted Ammunition CAL: Unknown (20-ATF-018313)
116. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091831 (20-ATF-018314)
117. 885 Rounds Assorted Ammunition CAL: Unknown (20-ATF-018315)
118. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091833 (20-ATF-018316)
119. 5,000 Rounds Aguila Ammunition CAL: .22 (20-ATF-018317)
120. 5,000 Rounds Aguila Ammunition CAL: .22 (20-ATF-018318)
121. 359 Rounds Assorted Ammunition CAL: 7.62 (20-ATF-018319)
122. 355 Rounds Assorted Ammunition CAL: 7.62 (20-ATF-018320)
123. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091832 (20-ATF-018321)
124. 8,031 Rounds Assorted Ammunition CAL: Unknown (20-ATF-018322)
125. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091834 (20-ATF-018323)
126. 481 Rounds Assorted Ammunition CAL: Unknown (20-ATF-018324)
127. 500 Rounds Aguila Ammunition CAL: 12 (20-ATF-018325)
128. 500 Rounds Aguila Ammunition CAL: 12 (20-ATF-018326)
129. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091835 (20-ATF-018327)
130. 500 Rounds Aguila Ammunition CAL: 12 (20-ATF-018328)
131. 420 Rounds Federal Ammunition CAL: .223 (20-ATF-018329)
132. 420 Rounds Federal Ammunition CAL: .223 (20-ATF-018330)
133. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091836 (20-ATF-018331)
134. Haskell (MFGR) JHP Pistol CAL: .45 SN: X4367612 (20-ATF-018332)
135. Haskell (MFRG) JHP Pistol CAL: .45 SN: X4367576 (20-ATF-018333)
136. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091837 (20-ATF-018334)
137. Smith & Wesson Unknown Frame/Receiver CAL: Unknown SN: NEP0700 (20-ATF-018335)
138. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091838 (20-ATF-018338)
139. Kel-Tec, CNC Industries, Inc. CP33 Pistol CAL: .22 SN: M3T10 (20-ATF-018339)
140. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091840 (20-ATF-018341)
141. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091839 (20-ATF-018342)
142. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091841 (20-ATF-018343)
143. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091842 (20-ATF-018344)
144. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091843 (20-ATF-018345)
145. Ruger EC9S Pistol CAL: 9mm SN: 457-14078 (20-ATF-018346)
146. Taurus G2S Pistol CAL: 9mm SN: ABC348023 (20-ATF-018347)
147. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091845 (20-ATF-018349)
148. Romarm/Cugir Micro Draco Pistol CAL: 7.62 SN: PMD18225-20 (20-ATF-018350)
149. Smith & Wesson M&P15 Rifle CAL: .223 SN: TM14895 (20-ATF-018352)
150. Eighty-one (81) Rifle MNF: Unknown Manufacturer Type: Receiver/Frame Model:Unknown Type CAL: Unknown, SN: None (20-ATF-018357)
151. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091848 (20-ATF-018359)
152. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091849 (20-ATF-018361)
153. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091850 (20-ATF-018366)
154. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091951 (20-ATF-018369)
155. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091952 (20-ATF-018370)
156. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091953 (20-ATF-018371)
157. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091954 (20-ATF-018372)

158. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091955 (20-ATF-018373)
159. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091956 (20-ATF-018374)
160. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091957 (20-ATF-018375)
161. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091958 (20-ATF-018376)
162. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091959 (20-ATF-018377)
163. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091960 (20-ATF-018378)
164. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091963 (20-ATF-018381)
165. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091961 (20-ATF-018384)
166. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091962 (20-ATF-018387)
167. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091964 (20-ATF-018388)
168. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091965 (20-ATF-018389)
169. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091967 (20-ATF-018390)
170. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091968 (20-ATF-018391)
171. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091969 (20-ATF-018394)
172. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091970 (20-ATF-018397)
173. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091971 (20-ATF-018401)
174. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091972 (20-ATF-018403)
175. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091974 (20-ATF-018405)
176. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091973 (20-ATF-018406)
177. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091976 (20-ATF-018407)
178. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091975 (20-ATF-018408)
179. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091977 (20-ATF-018409)
180. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091978 (20-ATF-018410)
181. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091979 (20-ATF-018411)
182. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091980 (20-ATF-018412)
183. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091981 (20-ATF-018413)
184. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091982 (20-ATF-018415)
185. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091983 (20-ATF-018416)
186. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091985 (20-ATF-018417)
187. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091984 (20-ATF-018418)
188. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091987 (20-ATF-018419)
189. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091986 (20-ATF-018420)
190. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091988 (20-ATF-018421)
191. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091989 (20-ATF-018422)
192. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091990 (20-ATF-018423)
193. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091991 (20-ATF-018424)
194. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091992 (20-ATF-018426)
195. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091994 (20-ATF-018431)
196. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091993 (20-ATF-018434)
197. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091995 (20-ATF-018438)
198. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091996 (20-ATF-018447)
199. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091998 (20-ATF-018452)
200. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091997 (20-ATF-018454)
201. Sig Sauer (Sig Arms) Unknown Receiver/Frame CAL: Unknown SN: None (20-ATF-018470)
202. Glock GMBH 43X Pistol CAL: 9mm SN: BMYG061 (20-ATF-018471)
203. Black Forge, LLC BF15 Rifle CAL: Multi SN: BF-02171 (20-ATF-018472)

204. Black Forge, LLC BF15 Rifle CAL: Multi SN: BF-02167 (20-ATF-018473)
205. Sig Sauer Unknown Pistol CAL: Unknown SN: 58J005193 (20-ATF-018474)
206. Aero Precision, Inc. X15 Rifle CAL: Multi SN: AR08126 (20-ATF-018475)
207. Aero Precision, Inc. X15 Rifle CAL: Multi SN: USA45481 (20-ATF-018476)
208. Zeroed in Armory, LLC Unknown Rifle CAL: Unknown SN: SAMPLE03 (20-ATF-018477)
209. Aero Precision, Inc. M5 Rifle CAL: Multi SN: US00343 (20-ATF-018479)
210. Sharp's Bros MFG (3rd Gen Machine Inc.) Unknown Rifle CAL: Unknown SN:WH00419 (20-ATF-018483)
211. Spike's Tactical LLC ST9G Rifle CAL: 9mm SN: ARN001853 (20-ATF-018484)
212. Anderson Manufacturing AM-15 Rifle CAL: Multi SN: 18128916 (20-ATF-018486)
213. Anderson Manufacturing AM-15 Rifle CAL: Multi SN: 18115373 (20-ATF-018487)
214. Glock GMBH 19GEN5 Pistol CAL: 9mm SN: BMEY445 (20-ATF-018488)
215. Zeroed In Armory, LLC Unknown Rifle CAL: Unknown SN: SAMPLE01 (20-ATF-018491)
216. Zeroed In Armory, LLC Unknown Rifle CAL: Unknown SN: SAMPLE13 (20-ATF-018492)
217. Zeroed In Armory, LLC Unknown Rifle CAL: Unknown SN: ZIS01 (20-ATF-018493)
218. Zeroed In Armory, LLC Unknown Rifle CAL: Unknown SN: SAMPLE02 (20-ATF-018495)
219. Zeroed In Armory, LLC Unknown Rifle CAL: Unknown SN: SAMPLE14 (20-ATF-018496)
220. Zeroed In Armory, LLC Unknown Rifle CAL: Unknown SN: SAMPLE01 (20-ATF-018497)
221. Zeroed In Armory, LLC Unknown Rifle CAL: Unknown SN: SAMPLE01(20-ATF-018498)
222. Zeroed In Armory, LLC Unknown Rifle CAL: Unknown SN: ZIS02 (20-ATF-018499)
223. Zeroed In Armory, LLC Unknown Rifle CAL: Unknown SN: SAMPLE02 (20-ATF-018500)
224. Zeroed In Armory, LLC Unknown Rifle CAL: Unknown SN: SAMPLE10 (20-ATF-018501)
225. Zeroed In Armory, LLC Unknown Rifle CAL: Unknown SN: SAMPLE21(20-ATF-018502)
226. Zeroed In Armory, LLC Unknown Rifle CAL: Unknown SN: SAMPLE18 (20-ATF-018503)
227. Anderson Manufacturing AM-15 Rifle CAL: Multi SN: 19179846 (20-ATF-018504)
228. Anderson Manufacturing AM-15 Rifle CAL: Multi SN: USA49769 (20-ATF-018505)
229. Glock GMBH Unknown Pistol CAL: Unknown SN: BKPH583 (20-ATF-018507)
230. Anderson Manufacturing AM-15 Rifle CAL: Multi SN: 18128913 (20-ATF-018508)
231. Glock GMBH Unknown Pistol CAL: Unknown SN: UBF154 (20-ATF-018509)
232. Polymer80, Inc. (P80 Tactical P80) PFC9 Compact Pistol CAL: 9mm SN: CA11145 (20-ATF-018511)
233. 50 Rounds Fiocchi Ammunition CAL: 9mm (20-ATF-018564)
234. Firearm Parts and Accessories:

    256- non drilled lower blanks in pallet
    372- non drilled lower blanks in pallet
    Four complete upper receivers
    1600- non drilled lower blanks in pallet
    1- AR-15 magazine 100 round
    10- AR-15 magazines 100 round
    10- AR-15 magazines 100 round
    10- AR-15 magazines 100 round
    10- AR-15 magazines 100 round
    38- unfinished AR lower receiver frames
    One box containing 26 Polymer 80, model PF940V2 80% pistol frame and jig kit
    2 Polymer 80, model PF940V2 80% standard frames
    51- assorted magazines
    PMAG D-60 sixty (60) round magazine
    2 firearm magazines
    12 non-drilled rifle lowers
    One box containing (35) PMAG M4 30 round ammunition magazines & (5) PMAG LR/SR 7.62x51-.308 WIN magazines.
    One box containing (40) M4 ammunition magazines
    One box containing 37 PMAG30 M4 ammunition magazines & 2 PMAG30 AK74 MAG
    6- assorted pistol slides
    Assorted firearms screws in box
    2- SB tactical pistol stabilizing braces
    1-hand stop kit 1- enhanced magazine release
    1-Trijicon scope
    Assorted firearm accessories, 2- scopes, 4- stocks, 14- magazines, 1 holster, bag of Glock back plates (gold in color), 1- barrel, 1- rifle bolt
    One box containing 4 Polymer 80 80% pistol KITS, 4 pistol slides and other
    One box containing firearms parts and accessories
    Box containing 3 pistol slides, 1 AR magazine and 1 metal unfinished AR frame
    37 - Glock blank slides FOR PROCESSING.

6

    9 - magazines, 3 - barrels, 1 - trigger.
65- assorted slides and slide blanks
Glock, 22, 40 caliber barrel, SN: machined off
Glock, 19, 9mm barrel, SN: ACDX269
Glock, 19x, 9mm barrel, SN: BHKW730
Glock, 17, 9mm barrel, SN: XZT285 "WE THE PEOPLE" on barrel
Glock, 19, 9mm barrel, SN: BGNV002
Glock, 21, .45 CAL barrel, SN: BKXH324
Sig Sauer, P320, 9mm barrel, no markings
Complete upper receiver of an AR type; Midwest Industries

235. Zeroed in Armory, LLC Unknown Rifle CAL: Unknown SN: SAMPLE25 (20-ATF-018565)
236. Zeroed in Armory, LLC Unknown Rifle CAL: Unknown SN: SAMPLE11 (20-ATF-018570)
237. Zeroed in Armory, LLC Unknown Rifle CAL: Unknown SN: SAMPLE02 (20-ATF-018571)
238. Zeroed In Armory, LLC Unknown Rifle CAL: Unknown SN: SAMPLE15 (20-ATF-018572)
239. Zeroed in Armory, LLC Unknown Rifle CAL: Unknown SN: SAMPLE19 (20-ATF-018573)
240. Zeroed in Armory, LLC Unknown Rifle CAL: Unknown SN: SAMPLE17 (20-ATF-018574)
241. Zeroed In Armory, LLC Unknown Rifle CAL: Unknown SN: SAMPLE22 (20-ATF-018575)
242. Zeroed In Armory, LLC Unknown Rifle CAL: Unknown SN: SAMPLE12 (20-ATF-018576)
243. Zeroed in Armory, LLC Unknown Rifle CAL: Unknown SN: SAMPLE04 (20-ATF-018577)
244. Zeroed in Armory, LLC Unknown Rifle CAL: Unknown SN: SAMPLE23(20-ATF-018578)
245. Zeroed In Armory, LLC Unknown Rifle CAL: Unknown SN: SAMPLE06 (20-ATF-018579)
246. Zeroed In Armory, LLC Unknown Rifle CAL: Unknown SN: SAMPLE24 (20-ATF-018580)
247. Zeroed In Armory, LLC Unknown Rifle CAL: Unknown SN: SAMPLE08 (20-ATF-018582)
248. F.N. (FN Herstal) Five-Seven Pistol CAL: 5.7 SN: 86320610 (20-ATF-018583)
249. Sig-Sauer P365 Pistol CAL: 9mm SN: 66A664680 (20-ATF-018584)
250. Glock Inc. 19GEN4 Pistol CAL: 9mm SN: AEDA843 (20-ATF-018586)
251. Sig-Sauer P365 Pistol CAL: 9mm SN: 66A134880 (20-ATF-018588)
252. Zeroed In Armory, LLC Receiver/Frame Model: Unknown Type CAL: Unknown SN: None (20-ATF-018591)
253. Wesson Arms, Dan Wraith Pistol CAL: 10mm SN: 2001949 (20-ATF-018594)
254. Sig-Sauer P320 Pistol CAL: 9mm SN: 58HI35441 (20-ATF-018595)
255. Glock GMBH 19X Pistol CAL: 9mm SN: ADRD968 (20-ATF-018596)
256. Glock GMBH Unknown Pistol CAL: Unknown SN: ADCU951 (20-ATF-018597)
257. Nighthawk Custom Unknown Receiver/Frame CAL: Unknown SN: NCP21551 (20-ATF-018599)
258. Glock GMBH Unknown Pistol CAL: Unknown SN: BKXH324 (20-ATF-018600)
259. HS Produkt (IM Metal) XDM Pistol CAL: 9mm SN: AT269729 (20-ATF-018601)
260. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091966 (20-ATF-018604)
261. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091847 (20-ATF-018606)
262. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20091820 (20-ATF-018608)
263. Anderson Manufacturing AM-15 Rifle CAL: 5.56 SN: 20104048 (20-ATF-018609)
264. Ammunition and Other Firearms: (20-ATF-032638) 100 Rounds Other Ammunition CAL: 50
265. Riley Defense, Inc., Model RAK47, CAL: 7.62 SN: B15025
266. Riley Defense, Inc., Model RAK47, CAL: 7.62 SN: B15026
267. Riley Defense, Inc., Model RAK47, CAL: 7.62 SN: B15064
268. Taurus Pistol, Model G2C, CAL: 9mm SN: TMS81600
269. Glock Pistol Model 19GEN4 CAL: 9mm SN: BKZW940
270. Glock Pistol Model 19C CAL: 9mm SN: ADKG380
271. Dead Air Unknown Silencer CAL: Unknown SN: AK00712 (20-ATF-032644)
272. Gemtech Mist-22 Silencer CAL: .22 SN: S15-85455 (20-ATF-032645)
273. Griffin Armament M4SDII Silencer CAL: 5.56 SN: SDII-0351 (20-ATF-032646)
274. Huntertown Arms B 22 Silencer CAL: .22 SN: B22987 (20-ATF-032647)
275. Huntertown Guardian 22 Silencer CAL: .22 SN: G229104 (20-ATF-032648)
276. Dead Air Ghost 45M Silencer CAL: .45 SN: G45-06762 (20-ATF-032649)

277. Huntertown Arms B 22 Silencer CAL: .22 SN: B22989 (20-ATF-032650)
278. Huntertown Guardian 22 Silencer CAL: .22 SN: G229107 (20-ATF-032651)
279. Huntertown Guardian 22 Silencer CAL: .22 SN: G229101 (20-ATF-032652)
280. Huntertown Arms B22 Silencer CAL: .22 SN: B22988 (20-ATF-032653)
281. Huntertown Guardian 22 Silencer CAL: .22 SN: B22991 (20-ATF-032654)
282. Rugged Obsidian 45 Silencer CAL: .45 SN: BBIB-1373 (20-ATF-032655)
283. Rugged Obsidian 45 Silencer CAL: .45 SN: CBIB-1582 (20-ATF-032656)
284. Rugged Obsidian 45 Silencer CAL: .45 SN: CBIB-1599 (20-ATF-032657)
285. Portsmouth Trash Panda Silencer CAL: 7.62 SN: JA3223 (20-ATF-032658)
286. Silencerco Octane 45 HD Silencer CAL: .45 SN: OCT45-19223 (20-ATF-032659)
287. Silencerco Hybrid Silencer CAL: .46 SN: Hybrid-5938 (20-ATF-032660)
288. Silencero Osprey Micro Silencer CAL: 22LR SN: OSPM-4937 (20-ATF-032661)
289. Silencero 45 Osprey Silencer CAL: .45 SN: OSP45-31871 (20-ATF-032662)
290. Dead Air Wolverine Silencer CAL: 7.62 SN: AK-03040 (20-ATF-032663)
291. Rugged Obsidian 45 Silencer CAL: .45 SN: B45-2134 (20-ATF-032664)
292. Griffin Armament Resistance Silencer CAL: .22 SN: RES22-0194 (20-ATF-032665)
293. YHM Turbo K Silencer CAL: 5.56 SN: TK-02163 (20-ATF-032666)

B. all persons and entities claiming any right, title, or interest in the Subject Firearms are held in default; and

C. the United States may dispose of the Subject Firearms according to law.

THIS IS A FINAL ORDER.

Signed at Houston, Texas, on December 20, 2022.

*[Signature: Lee H. Rosenthal]*

LEE ROSENTHAL
United States District Judge