# Exhibit A

No. 22-20396

In The
United States Court of Appeals
For The Fifth Circuit

United States of America,

*Plaintiff – Appellee*

v.

Khalid Abdulaziz,

*Defendant – Appellant*

On Appeal from the United States District Court
for the Southern District of Texas, Houston Division
USDC No. 4:20-CR-26-4

# Unopposed Appellant's Motion to Dismiss Appeal

Appellant, Khalid Abdulaziz, no longer desires to pursue this appeal and requests that it be dismissed. I have conferred with opposing counsel, Ms. Carmen Mitchell, who stated by email that the United States of America is unopposed. On November 9, 2022, Appellant sent me a message on the CorrLinks prison communication system instructing me to dismiss the appeal. I will send a copy of this motion to Appellant at FCI Jesup, 2600 Highway 301 South, Jesup, GA 31599, which is the federal prison where Appellant is housed. I

1

will also send a copy of this motion to Appellant's wife, Mina Abdulaziz, at her email address at minaamiry@hotmail.com where I have regularly communicated with Appellant.

    Respectfully submitted,

    /s/Timothy A. Hootman
    Timothy A. Hootman
    2402 Pease St.
    Houston, TX 77003
    713.247.9548 (o)
    713.366.6229 (c)
    thootman2000@yahoo.com

    ATTORNEY FOR DEFENDANT – APPELLANT

## CERTIFICATE OF COMPLIANCE
## WITH RULE 32

This document complies with the type-volume limitation of Federal Rule of Appellate Procedure 32(a)(7)(B) because it contains 201 words, excluding the parts exempted by Federal Rule of Appellate Procedure 32(a)(7)(B)(iii). This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in Georgia 14 point font.

Dated: November 11, 2022.

/s/Timothy A. Hootman
Timothy A. Hootman

## CERTIFICATE OF SERVICE

I certify that on this day a copy of this document was filed electronically using the CM/ECF system, and a copy was emailed and mailed to the following:

> Carmen Castillo Mitchell
> Chief, Appellate Division
> United States Attorney's Office
> Southern District of Texas
> carmen.mitchell@usdoj.gov

Dated: November 11, 2022.

/s/Timothy A. Hootman
Timothy A. Hootman

4

# TImothy Hootman

| | |
|---|---|
| **From:** | ABDULAZIZ KHALID (17193579) |
| **Sent Date:** | Wednesday, November 9, 2022 9:05 PM |
| **To:** | thootman2000@yahoo.com |
| **Subject:** | RE: Appeal |

Based on our conversation, it looks like there is nothing to appeal in the objection since we cannot appeal the information that is factually incorrect. Since that is the case, I would like to dismiss the appeal.

Thank you for your assistance,
Khalid Abdulaziz
-----Hootman, Tim on 11/8/2022 8:51 PM wrote:

>

I filed the motion to dismiss but the court told me that I need you to tell me in writing that you want me to dismiss the case. The text your wife sent is not sufficient. So, if you still want the appeal to be dismissed please tell me so with a response to this message. The court also told me to serve you with a copy of the motion, so I will be mailing that to you as soon as I hear back from you. The court has given me 10 days to refile the motion. Thanks.

Tim 713.366.2229 (c)

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE,**  
**Suite 115**  
**NEW ORLEANS, LA 70130**

November 08, 2022

Mr. Timothy Andrew Hootman  
2402 Pease Street  
Houston, TX 77003-0000

      No. 22-20396   USA v. Abdulaziz  
                          USDC No. 4:20-CR-26-4

Dear Mr. Hootman,

Your motion to dismiss the appeal has been deemed insufficient for the following reasons:

Written consent from appellant is required.

Certificate of service must indicate service of the motion on the appellant.

You must comply within 10 days by emailing a sufficient motion to: Rebecca_Leto@ca5.uscourts.gov for review. If the motion is in compliance, a notice of docket activity will be sent advising the sufficient motion has been filed.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____  
                              Rebecca L. Leto, Deputy Clerk  
                              504-310-7703

cc:  Ms. Carmen Castillo Mitchell